EXHIBIT A

# ARREST REPORT

| KG. BOOKING NO. | U.O. | LOC. BKD. 4212 | DR. LIC. NO. Y2049323 | STATE CA | MT N | SUF. | CRIME RPT. ✓ | DR 1513 J5279 | LA |

**ARRESTEE'S LAST NAME** H (redacted) **FIRST** (redacted) **MIDDLE**

| | | CII |

**ADDRESS** (redacted)   **APT NO.**

| | | MAIN (redacted) | FBI (redacted) |

**CITY** LOS ANGELES   **STATE** CA

| CDC # | |

| SEX M | DESCENT B | HAIR BLK | EYES BRO | HEIGHT 509 | WEIGHT 150 | BIRTHDATE | AGE 18 |

PROBATION #

| A.I. | CWWS | WARR | AJIS | RLSE | PAC | AWDI |

**VEHICLE LIC. NO.** 5YDW493 **STATE** CA **R.D.** 1393 **AKA: LAST-FIRST-NICKNAME**

**BIRTHPLACE** INGLEWOOD CA   LOS ANGELES US **PROB. INV. UNIT** 12 **JUV. DETAINED AT** **AD. CHG.**

## ADMONITION OF RIGHTS (WHEN APPLICABLE)

THE ADMONITION OF RIGHTS WAS READ VERBATIM PER FORM 15.03.00 BY:

SEE PG. 3

| DIVISION 4212 | DETAIL NARC | DATE ARRESTED 072415 | TIME ARR. 2115 | TIME BKD. 0140 |

**LOCATION OF ARREST** 220 W 65TH ST

**BAIL** 30000
**TOTAL BAIL** 30000

LANGSDALE

**NAME**   **SERIAL NO.** 38006

| TYP. F | CHARGE & CODE 245(A)(1)PC | DEFINITION ADW | WARRANT NO. ☆ |

**SOCIAL SECURITY NO.** UNK

**ADDITIONAL CHARGES** (ON ADDL. WARRS. LIST NO., COURT, AND BAIL, INCL. P.A.)

| ARRAIGN. DATE | TIME | COURT | LOCATION CRIME COMMITTED BROADWAY / 61ST ST. | R.D. 1381 | RESIDENCE PHONE NO. (redacted) |

**EMPLOYER / SCHOOL** SEA HYDE PARK

| OCCUPATION GRADE STUDENT | PHY. ODD. | NONE OBSD |

**CLOTHING WORN** BLKSHIRT BLKPANTS BLKSHOES

**EXACT LOCATION / DISPOSITION ARRESTEE'S VEHICLE** ALS TOW

**HOLD FOR:**

**LIST CONNECTING RPTS. BY TYPE & IDENTIFYING NOS.** EFD 219999   FDRH 2481 2310 / 1R

**VEHICLE USED** (YEAR, MAKE, MODEL, TYPE, COLORS, LIC. NO., ID MARKS) 2006 PONTIAC G6 4D WHT 5YDW493

**PASSENGERS** M 3 F

**COMPLAINTS / EVID. OF ILLNESS / INJ-BY WHOM TREATED** NONE

**DRIVING VEH. (DIRECTIONS & NAME OF STREET) AT OR BETWEEN STREETS** S/B BROADWAY TO E/B 65TH ST.

| RETAINED | CASH | DEPOSITED |
| $ | $ | $ |

**INVOLVED PERSONS**   Code: **V:** VICTIM   **W:** WITNESS   **P/A:** PRIVATE PERS.   **TO:** TO: OWNER   **R:** PERSON RPTG.   **459:** S - PERSON SECURING / D - PERSON DISCOVERING   **JUV:** P - BOTH PARENTS / G - GUARDIAN

| | NAME | V & WS | SEX | DESC. | D.O.B. | ADDRESS | CITY | ZIP | PHONE | DAY | X |
|---|---|---|---|---|---|---|---|---|---|---|---|
| V | DOE, JOHN | | M | H | | B | | | | | |
| | | | | | | B | | | | | |
| | | | | | | E-MAIL | | | CELL | | |
| | | | | | | B | | | | | |
| | | | | | | B | | | | | |
| | | | | | | E-MAIL | | | CELL | | |
| | | | | | | B | | | | | |
| | | | | | | E-MAIL | | | CELL | | |

## COMBINED CRIME REPORT

IF MULTI. ARRESTEES THIS SECTION & ABOVE CRIME RPT. CHECK BOX IS COMPLETED ON ONLY ONE FACE SHEET.

**TYPE OF OFFENSE** ADW

**VICT'S OCCUPATION** UNK

| DATE AND TIME CRIME OCCURRED 7/24/15 2105 | TYPE PROPERTY | TOTAL $ | EST. DAMAGE $ | TYPE PREMISES SIDEWALK |

**459/BFD ONLY-POINT AND METHOD OF ENTRY**

**WEAPON / FORCE / INSTRUMENT USED** BODILY FORCE

**TFV / BFV ONLY - VICT'S VEH. (YR., MAKE, TYPE, LIC.)**

**MO (UNIQUE ACTIONS)** MULTIPLE SUSPECTS BEAT 1 MALE WITH BODILY FORCE, THEN FLED.

| ☐ GANG RELATED | ☐ MOTIVATED BY HATRED / PREJUDICE | ☐ DOMESTIC VIOLENCE | ☐ MANDATORY MARSY'S RIGHTS CARD PROVIDED TO THE VICTIM |

## COMBINED EVID. RPT.

USE THIS SECTION IN LIEU OF PROPERTY REPORT IF ONLY ONE ARRESTEE, NO GUN, AND NO MORE THAN 2 ITEMS OF EVID.

| LOC. EVID. BKD. 77TH | 10.10.00 GIVEN? ☒ N | Preliminary Drug Test | SUPV. / INV. OFCR. TESTING | SERIAL NO. | WITNESS OFCR. | SERIAL NO. |

| ITEM | QUAN. | ARTICLE | SERIAL NO. / TYPE TEST OF DRUG | BRAND / DRUG WEIGHT UNITS | MODEL / DRUG TEST RESULTS | MISC. |
|---|---|---|---|---|---|---|
| | | SEE PROPERTY REPORT | | | | |

## APPROVAL / REPORTING OFFICERS

SUPERVISOR APPROVING REPORT 26747

| RAP SHEET ATTACHED ☐ YES ☐ NO | REPORTING OFFICER(S) (P.P. ARREST OFCR. BKD. EVID. IF LISTED ON THIS PAGE) LANGSDALE | SERIAL NO. 38006 | DIV. & DETAIL 77/NEU | VACATION AUGUST |

**DATE & TIME REPRODUCED** JUL 25 2015 0140 **DIV.** 77TH **CLERK** KM

| | | AMOXGALINAS | 86339 | | |

| INVEST. OFCR. | SERIAL NO. | DIV. |

**JUVENILE DISPO.**   Petition Request:   ☐ DETAINED   ☐ RELEASED   ☐ NON-BOOK   ☐ NON-BOOK WARR.

| SUPERVISOR APPROVING | SERIAL NO. | DIV. |

| FINAL CHARGE, IF DIFFERENT THAN ORIGINAL (SECTION, CODE & DEFINITION) | IF REFERRED, AGENCY & PERSON ACCEPTING REFERRAL | PROPERTY BOOKED ☐ YES ☐ NO COMPLETED BY | JUV. COORD REVIEWING | SERIAL NO. | DIV. |

| 11 ☐ C & R | 13 ☐ EXON-INNOCENT | 04 ☐ CYA | 18 ☐ JUV. TRAF. MISD. | | DATE / TIME DISPO. REPROD. | DIV. / CLERK |
| 11 ☐ ACTION SUSP. | 12 ☐ REL-INSUF. EVID. | 03 ☐ PROBATION | 17 ☐ FIRE DEPT. | | | |
| 11 ☐ PROVED ADULT | 10 ☐ COMMUNITY SERVICE | 08 ☐ OTH. LAW ENF. AGENCY | 10 ☐ DEPT. MENTAL HEALTH | | | |

05.01.02 (11/11)   INC # 150724004939   **ARREST REPORT**

WALLACE_000305                                                      WALLACE_000232

# ARREST REPORT

| BKG. NO. | BOOKING NO. LOC. BKG. | DR. LIC. NO. | STATE MT | EVID. | CRIME | DR | | LA |
|---|---|---|---|---|---|---|---|---|
| | 4212 | NONE | X | RPT. | RPT. | 1513-15279 | | |

**ARRESTEE'S LAST NAME** / FIRST / MIDDLE / SUF.

230 ARREST REPORT

DR 1513-15279

ADDRESS / APT NO.

CITY LOS ANGELES    STATE CA

VICTIM'S NAME DOE, JOHN    CII

MAIN    FBI

| SEX | DESCENT | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE | AGE | CDC # | PROBATION # |
|---|---|---|---|---|---|---|---|---|---|
| M | B | BLK | BRO | 604 | 160 | | 18 | | |

VEHICLE LIC. NO.  STATE  R.D. 1393  AKA: LAST-FIRST- OR NICKNAME

A.I.  CWWS  WARR  AJIS  RLSE  PAC  AWDI

| BIRTHPLACE BEVERLYHIL CA | PROB. INV. UNIT | JUV. DETAINED AT | AD. CHG. |
|---|---|---|---|
| LOS ANGELES   US | 12 | | N |

## ADMONITION OF RIGHTS (WHEN APPLICABLE)

THE ADMONITION OF RIGHTS WAS READ VERBATIM PER FORM 15.03.00 BY:

SEE PG. 3

| DIVISION 4212   NARC | DETAIL ARRESTING | DATE ARRESTED 072415 | TIME ARR. 2115 | TIME BKD. 0150 |
|---|---|---|---|---|

LANGSDALE    38006

NAME    SERIAL NO.

| LOCATION OF ARREST 220  W 65TH   ST | BAIL 30000 |
|---|---|
| | TOTAL BAIL 30000 |

SOCIAL SECURITY NO.

| TYP. | CHARGE & CODE | DEFINITION | WARRANT NO. ☆ |
|---|---|---|---|
| F | 245(A)(1)PC | A D W | |

ADDITIONAL CHARGES (ON ADDL. WARRS. LIST NO., COURT, AND BAIL, INCL. P.A.)

| ARRAIGN. DATE | TIME | COURT | LOCATION CRIME COMMITTED SAME AS ARREST   BROADWAY/61ST | R.D. 1381 | RESIDENCE PHONE NO. |
|---|---|---|---|---|---|
| | | | | SAME | |

| EMPLOYER / SCHOOL   CRENSHAW HIGH SCHOOL |
|---|

| OCCUPATION / GRADE STUDENT | PHY. TT ON CHEST CROSS | EXACT LOCATION / DISPOSITION ARRESTEE'S VEHICLE | HOLD FOR |
|---|---|---|---|

| CLOTHING WORN BLK SHT WHT SHRTS BLK SHS | VEHICLE USED (YEAR, MAKE, MODEL, TYPE, COLORS, LIC. NO., ID MARKS) AL'S TOW | PASSENGERS |
|---|---|---|

LIST CONNECTING RPTS. BY TYPE & IDENTIFYING NOS.  EPCO 218996  FDRH 2481 2B10/1R   VEHICLE USED (YEAR, MAKE, MODEL, TYPE, COLORS, LIC. NO., ID MARKS) 2006 PONTIAK G6 4D WHT 5YDW493

| COMPLAINTS / EVID. OF ILLNESS / INJ-BY WHOM TREATED NONE | DRIVING VEH. (DIRECTIONS & NAME OF STREET) AT OR BETWEEN STREETS S/B BROADWAY TO E/B 65TH ST. | RETAINED | CASH $ | DEPOSITED |
|---|---|---|---|---|

## INVOLVED PERSONS   Code: V: VICTIM; W: WITNESS  P/A = ARRESTING PRIVATE PERS.  TO: TRUE OWNER  R: PERSON RPTG.  459: S = PERSON SECURING D = PERSON DISCOVERING  JUV: P = BOTH PARENTS G = GUARDIAN

| | NAME | V & WS | SEX | DESC. | D.O.B. | ADDRESS | CITY | ZIP | PHONE | DAY | X |
|---|---|---|---|---|---|---|---|---|---|---|---|
| V | DOE, JOHN | W | M | H | | R | | | | | |
| | | | | | | B | | | | | |
| | | | | | | E-MAIL | | | CELL | | |
| | | | | | | R | | | | | |
| | | | | | | B | | | | | |
| | | | | | | E-MAIL | | | CELL | | |
| | | | | | | R | | | | | |
| | | | | | | B | | | | | |
| | | | | | | E-MAIL | | | CELL | | |

## COMBINED CRIME REPORT

IF MULTI ARRESTEES THIS SECTION & ABOVE CRIME RPT. CHECK BOX IS COMPLETED ON ONLY ONE FACE SHEET.

| TYPE OF OFFENSE ADW | | VICT'S OCCUPATION UNK |
|---|---|---|

| DATE AND TIME CRIME OCCURRED 7/24/15 2105 | TYPE PROPERTY | TOTAL $ | EST. DAMAGE $ | TYPE PREMISES SIDEWALK |
|---|---|---|---|---|

| 459 / BFO ONLY-POINT AND METHOD OF ENTRY | WEAPON / FORCE / INSTRUMENT USED BODILY FORCE | TFV / BFV ONLY - VICT'S VEH. (YR., MAKE, TYPE, LIC.) |
|---|---|---|

MO (UNIQUE ACTIONS)  MULTIPLE SUSPECTS BEAT 1 MALE WITH BODILY FORCE, THEN FLED.

☐ GANG RELATED   ☐ MOTIVATED BY HATRED / PREJUDICE   ☐ DOMESTIC VIOLENCE   ☐ MANDATORY MARSY'S RIGHTS CARD PROVIDED TO THE VICTIM

## COMBINED EVID. RPT.

USE THIS SECTION IN LIEU OF PROPERTY REPORT IF ONLY ONE ARRESTEE, NO GUN, AND NO MORE THAN 2 ITEMS OF EVID.

| LOC. EVID. BKD. 77TH | 10.10.00 GIVEN? | Preliminary Drug Test | SUPV. / INV. OFCR. TESTING | SERIAL NO | WITNESS OFCR. | SERIAL NO. |
|---|---|---|---|---|---|---|

| ITEM | QUAN. | ARTICLE SEE PROPERTY REPORT | SERIAL NO. / TYPE TEST OF DRUG | BRAND / DRUG WEIGHT UNITS | MODEL NO. / DRUG TEST RESULTS | MISC. |
|---|---|---|---|---|---|---|

## APPROVAL / REPORTING OFFICERS

| SUPERVISOR APPROVING REPORT | SERIAL NO. 26747 | RAP SHEET ATTACHED | REPORTING OFFICER(S) LANGSDALE 38006 | SERIAL NO. | DIV. / DETAIL 77/NED | VACATION AUG. |
|---|---|---|---|---|---|---|
| DATE & TIME REPRODUCED JUL 25 2015 0740 | DIV. | CLERK MKM | YES ☒  NO ☐ | (P.P. ARREST OFCR. BKG. EVID IF LISTED ON THIS PAGE) PADILLA-GALINDO 36339 | | |

| JUVENILE DISPO.   Petition Request: | ☐ DETAINED | ☐ RELEASED | ☐ NON-BOOK | ☐ NON-BOOK WARR. | INVEST. OFCR. | SERIAL NO. | DIV |
|---|---|---|---|---|---|---|---|

| FINAL CHARGE, IF DIFFERENT THAN ORIGINAL (SECTION, CODE & DEFINITION) | IF REFERRED, AGENCY & PERSON ACCEPTING MINOR | PROPERTY BOOKED? | SUPERVISOR APPROVING | FILE COPY |
|---|---|---|---|---|
| | | IF YES, 10.08.00 COMPLETED? | JUV. COORD: REVIEWING | |

| 11 ☐ C & R | 13 ☐ EXON-INNOCENT | 04 ☐ CYA | 18 ☐ JUV. TRAF. MISD. | 16 ☐ DCFS |
|---|---|---|---|---|
| 11 ☐ ACTION SUSP. | 12 ☐ REL-INSUF. EVID. | 03 ☐ PROBATION | 17 ☐ FIRE DEPT. | 07 ☐ OTHER |
| 14 ☐ PROVED ADULT | 03 ☐ COMMUNITY SERVICE | 05 ☐ OTH. LAW ENF. AGENCY | 10 ☐ DEPT. MENTAL HEALTH | DATE / TIME DISPO. REPROD. | DIV / CLERK |

05.01.02 (11/11)   INC. # 156724004939   **ARREST REPORT**

WALLACE_000306                                          WALLACE_000233

**ARREST REPORT**

DR 1513-15279

230    S-3

| BKG. NO. | BOOKING NO. | U.O. | BKD. NO. | DR. LIC. NO. D5311998 | STATE CA | MT | EVID. RPT. | CRIME RPT. | DR | LA |
|---|---|---|---|---|---|---|---|---|---|---|

ARRESTEE'S LAST NAME: N_____  FIRST: _____  MIDDLE: _____  SUF.:

ADDRESS: _____  APT NO.:

CITY: LOS ANGELES  STATE: CA

| SEX F | DESCENT B | HAIR BLK | EYES BRO | HEIGHT 505 | WEIGHT 140 | BIRTHDATE | AGE 28 |
|---|---|---|---|---|---|---|---|

VICTIM'S NAME: DOE, JOHN

CDC #: _____  FBI: _____  PROBATION #:

VEHICLE LIC. NO.  STATE  R.D. 1393  AKA: LAST-FIRST- OR NICKNAME

A.I.  CWWS  WARR  AJIS  RLSE  PAC  AWDI

BIRTHPLACE: LS ANGELES CA  LOS ANGELES US  PROB. INV. UNIT 12  JUV. DETAINED AT  AD. CHG.

**ADMONITION OF RIGHTS** (WHEN APPLICABLE)
THE ADMONITION OF RIGHTS WAS READ VERBATIM PER FORM 15.03.00 BY:
SEE PG 3

| DIVISION 4212 | DETAIL ARRESTING NARC | DATE ARRESTED 072415 | TIME ARR. 2115 | TIME BKD. 0118 |
|---|---|---|---|---|

LOCATION OF ARREST: 220 W 65TH ST

BAIL: 30000  TOTAL BAIL: 30000

LANGSDALE  38006
NAME  SERIAL NO.

TYP.: F  CHARGE & CODE: 245(A)(1)PC  DEFINITION: A D W

SOCIAL SECURITY NO.

ADDITIONAL CHARGES (ON ADDL. WARRS. LIST NO., COURT, AND BAIL, INCL. P.A.)

| ARRAIGN. DATE | TIME | COURT | LOCATION CRIME COMMITTED SAME AS ARREST  61ST /BROADWAY | R.D./381 SAME | RESIDENCE PHONE NO. |
|---|---|---|---|---|---|

EMPLOYER / SCHOOL  OCCUPATION: LABORER  PHY. ODD.  TT LFT EYE BUTTERFLY

EXACT LOCATION / DISPOSITION ARRESTEE'S VEHICLE: Al's TOW  HOLD FOR:

CLOTHING WORN: ORG SHT BLU SHRTS SANDALS

| PASSENGERS | M | F |
|---|---|---|

LIST CONNECTING RPTS. BY TYPE & IDENTIFYING NOS.
EPC# 218997  FDR# 2981 2010 /IR

VEHICLE USED (YEAR, MAKE, MODEL, TYPE, COLORS, LIC. NO., ID MARKS): 06 PONTIAC G6 4D WHT 5YDW493

RETAINED  CASH  DEPOSITED

COMPLAINTS / EVID. OF ILLNESS / INJ-BY WHOM TREATED: NONE

DRIVING VEH. (DIRECTIONS OF STREET) AT OR BETWEEN STREETS: S/B BROADWAY TO E/B 65TH ST

$  $  P - BOTH PARENTS

INVOLVED PERSONS  Code:  V: VICTIM  W: WITNESS  P/A: ARRESTING PRIVATE PERS.  TO: TRUE OWNER  R: PERSON RPTG.  459: S- PERSON SECURING  D- PERSON DISCOVERING  JUV: P - BOTH PARENTS  G - GUARDIAN

| | NAME | V & W S | SEX | DESC. | D.O.B. | ADDRESS | CITY | ZIP | PHONE | DAY | X |
|---|---|---|---|---|---|---|---|---|---|---|---|
| V | DOE, JOHN | M | H | | | R | | | | | |
| | | | | | | B | | | CELL | | |
| | | | | | | E-MAIL | | | | | |
| | | | | | | R | | | | | |
| | | | | | | B | | | CELL | | |
| | | | | | | E-MAIL | | | | | |
| | | | | | | R | | | | | |
| | | | | | | B | | | CELL | | |
| | | | | | | E-MAIL | | | | | |

**COMBINED CRIME REPORT**  IF MULTI. ARRESTEES THIS SECTION & ABOVE CRIME RPT. CHECK BOX IS COMPLETED ON ONLY ONE FACE SHEET.

TYPE OF OFFENSE: ADW

VICT'S OCCUPATION: UNK

DATE AND TIME CRIME OCCURRED: 7/24/15 2105  TYPE PROPERTY  TOTAL  EST. DAMAGE  TYPE PREMISES: SIDEWALK

459/ BFD ONLY-POINT AND METHOD OF ENTRY: -  WEAPON / FORCE / INSTRUMENT USED: BODILY FORCE  TFV / BFV ONLY - VICT'S VEH. (YR., MAKE, TYPE, LIC.)

MO (UNIQUE ACTIONS): SUSPECTS BEAT 1 MALE  NEAL PICKED UP SUSPECTS AND FLED.

☐ GANG RELATED  ☐ MOTIVATED BY HATRED / PREJUDICE  ☐ DOMESTIC VIOLENCE  ☐ MANDATORY MARSY'S RIGHTS CARD PROVIDED TO THE VICTIM

**COMBINED EVID. RPT.**  USE THIS SECTION IN LIEU OF PROPERTY REPORT IF ONLY ONE ARRESTEE, NO GUN, AND NO MORE THAN 2 ITEMS OF EVID.

LOC. EVID. BKD. 97TH  10.10.00 GIVEN? ☐ Y ☑ N  Preliminary Drug Test  SUPV / INV. OFCR. TESTING -  SERIAL NO. -  WITNESS OFCR. -

| ITEM | QUAN | ARTICLE | SERIAL NO. / TYPE TEST OF DRUG | BRAND / DRUG WEIGHT UNITS | MODEL NO. / DRUG TEST RESULTS | MISC. |
|---|---|---|---|---|---|---|
| | | SEE PROPERTY REPORT | | | | |

**APPROVAL / REPORTING OFFICERS**  SUPERVISOR APPROVING REPORT  SERIAL NO. 26249  RAP SHEET ATTACHED ☐ YES ☐ NO

REPORTING OFFICER(S): LANGSDALE  SERIAL NO. 38006  DIV. & DETAIL 77 /NEO  VACATION AUG
(P.P. ARREST OFCR. BKG. EVID. IF LISTED ON THIS PAGE) PADOLGALIONA  36334

DATE & TIME REPRODUCED: JUL 25 2015 0140  CLERK: TIGERA

INVEST. OFCR.

**JUVENILE DISPO.**  Petition Request: ☐ DETAINED  ☐ RELEASED  ☐ NON-BOOK  ☐ NON-BOOK WARR.

SUPERVISOR APPROVING  SERIAL NO.  DIV  JUV. COORD. REVIEWING  SERIAL NO.

FINAL CHARGE, IF DIFFERENT THAN ORIGINAL (SECTION, CODE & DEFINITION)  IF REFERRED, AGENCY & PERSON ACCEPTING REFERRAL

PROPERTY BOOKED? IF YES, 10.08.00 COMPLETED? ☐ Y ☐ N

DATE / TIME DISPO. REPROD.  DIV / CLERK

| 11 ☐ C & R | 13 ☐ EXON-INNOCENT | 04 ☐ CYA | 18 ☐ JUV. TRAF. MISD. | 16 ☐ DCFS |
|---|---|---|---|---|
| 11 ☐ ACTION SUSP. | 12 ☐ REL-INSUF. EVID. | 03 ☐ PROBATION | 17 ☐ FIRE DEPT. | 10 ☐ OTHER |
| 14 ☐ PROVED ADULT | 03 ☐ COMMUNITY SERVICE | 01 ☐ OTH. LAW ENF. AGENCY | 10 ☐ DEPT. MENTAL HEALTH | |

05.01.02 (11/11)  INC. #15072400 4939  **ARREST REPORT**

WALLACE_000307  WALLACE_000234

MUGHOT
230   S-4

**ARREST REPORT**

| BKG. NO. | BOOKING NO. | LOC. BKD. 4212 | DR. LIC. NO. NONE | STATE | MT N | EVID. RPT. | CRIME RPT. | DR 1513-15279 | LA |
|---|---|---|---|---|---|---|---|---|---|

| ARRESTEE'S LAST NAME S▇ | FIRST ▇ | MIDDLE ▇ | SUF. | | CII |
|---|---|---|---|---|---|

| ADDRESS ▇ | APT NO. | | | FBI |
|---|---|---|---|---|

VICTIM'S NAME: DOE, JOHN

| CITY LA | | STATE CA | MAIN ▇ | FBI |
|---|---|---|---|---|

| SEX M | DESCENT B | HAIR BLK | EYES BRO | HEIGHT 506 | WEIGHT 135 | BIRTHDATE | AGE 17 | CDC # | PROBATION # |
|---|---|---|---|---|---|---|---|---|---|

| VEHICLE LIC. NO. | STATE | R.D. 1393 | AKA: LAST-FIRST-OR NICKNAME | | A.I. | CWWS | WARR | AJIS | RLSE | PAC | AWDI |
|---|---|---|---|---|---|---|---|---|---|---|---|

| BIRTHPLACE LA CA | LA US | PROB. INV. UNIT | JUV. DETAINED AT 12 LP | AD. CHG. |
|---|---|---|---|---|

**ADMONITION OF RIGHTS** (WHEN APPLICABLE)

| DIVISION 4212 | DETAIL ARRESTING NARC | DATE ARRESTED 072415 | TIME ARR. 2115 | TIME BKD. 0214 |
|---|---|---|---|---|

THE ADMONITION OF RIGHTS WAS READ VERBATIM PER FORM 15.03.00 BY:
SEE PG. 3

| LOCATION OF ARREST 220 W 65TH ST | BAIL NO BAIL | TOTAL BAIL NO BAIL |
|---|---|---|

LANGSDALE                    J8006
NAME                            SERIAL NO

| TYP. F | CHARGE & CODE 245(A)(1)PC | DEFINITION 602WIC ADW | WARRANT NO. ☆ |
|---|---|---|---|

SOCIAL SECURITY NO. UNK

| ADDITIONAL CHARGES (ON ADDL. WARRS. LIST NO., COURT, AND BAIL, INCL. P.A.) | | |
|---|---|---|

| ARRAIGN. DATE | TIME | COURT | LOCATION CRIME COMMITTED SAA BROADWAY /61ST | R.D. 1361 SAME | RESIDENCE PHONE NO. ▇ |
|---|---|---|---|---|---|

SHOTS FIRED

| EMPLOYER / SCHOOL ▇ | | |
|---|---|---|

| OCCUPATION / GRADE STUDENT | PNT. ODD. |
|---|---|

| CLOTHING WORN GRY HOODIE GRY JEANS BLU SHOES | EXACT LOCATION / DISPOSITION ARRESTEE'S VEHICLE AL's TOW | HOLD FOR: |
|---|---|---|

USE OF FORCE

| LIST CONNECTING RPTS. BY TYPE & IDENTIFYING NOS. EPA FDR #3481 2310 /IR | VEHICLE USED (YEAR, MAKE, MODEL, TYPE, COLORS, LIC. NO., ID MARKS) 06 PONTIAC G6 4D WHT 5YDW493 | PASSENGERS 3 |
|---|---|---|

| COMPLAINTS / EVID. OF ILLNESS / INJ-BY WHOM TREATED NONE | DRIVING VEH. (DIRECTIONS & NAME OF STREET) AT OR BETWEEN STREETS S/B BROADWAY TO E/B 65TH ST. | RETAINED | CASH $ | DEPOSITED $ |
|---|---|---|---|---|

**INVOLVED PERSONS**   Code: V: VICTIM   W: WITNESS   P/A: ARRESTING PRIVATE PERS.   TO: TRUE OWNER   R: PERSON RPTG.   459: S- PERSON SECURING D- PERSON DISCOVERING   JUV: P- BOTH PARENTS G- GUARDIAN

| NAME | V & WS | SEX | DESC. | D.O.B. | ADDRESS | CITY | ZIP | PHONE | DAY | X |
|---|---|---|---|---|---|---|---|---|---|---|
| DOE, JOHN | | M | H | | R ▇ | | | | | |
| | | | | | B ▇ | | | | | |
| | | | | | E-MAIL | | | CELL | | |
| JUV 1 | | F | B | | R ▇ | LOS ANGELES, CA | | | | |
| | | | | | B ▇ | | | CELL ▇ | | |
| | | | | | E-MAIL | | | | | |
| | | | | | R ▇ | | | | | |
| | | | | | B ▇ | | | | | |
| | | | | | E-MAIL | | | CELL | | |

GND

| **COMBINED CRIME REPORT** | IF MULTI ARRESTEES THIS SECTION & ABOVE CRIME RPT. CHECK BOX IS COMPLETED ON ONLY ONE FACE SHEET. | TYPE OF OFFENSE ADW | | VICT'S OCCUPATION UNK |
|---|---|---|---|---|

| DATE AND TIME CRIME OCCURRED 7/24/15 2105 | TYPE PROPERTY | TOTAL $ | EST. DAMAGE $ | TYPE PREMISES SIDEWALK |
|---|---|---|---|---|

| 459 / BFD ONLY-POINT AND METHOD OF ENTRY | WEAPON / FORCE / INSTRUMENT USED BODILY FORCE | TFV / BFV ONLY - VICT'S VEH. (YR., MAKE, TYPE, LIC.) |
|---|---|---|

| MO (UNIQUE ACTIONS) MULTIPLE SUSPECTS BEAT 1 MALE, THEN FLED |
|---|

| ☐ GANG RELATED | ☐ MOTIVATED BY HATRED / PREJUDICE | ☐ DOMESTIC VIOLENCE | ☐ MANDATORY MARSY'S RIGHTS CARD PROVIDED TO THE VICTIM |
|---|---|---|---|

EXTRA COPY TO:

| **COMBINED EVID. RPT.** | USE THIS SECTION IN LIEU OF PROPERTY REPORT IF ONLY ONE ARRESTEE, NO GUN, AND NO MORE THAN 2 ITEMS OF EVID. | LOC. EVID. BKD. 7TH | 10.10.00 GIVEN? ☐ N ☐ N | Preliminary Drug Test | SUPV. / INV. OFCR. TESTING | SERIAL NO. | WITNESS OFCR. | SERIAL NO. |
|---|---|---|---|---|---|---|---|---|

| ITEM | QUAN. | ARTICLE SEE PROPERTY REPORT | SERIAL NO. / TYPE TEST OF DRUG | BRAND / DRUG WEIGHT UNITS | DRUG TEST RESULTS | MISC. |
|---|---|---|---|---|---|---|

| **APPROVAL / REPORTING OFFICERS** | SUPERVISOR APPROVING REPORT 26747 | SERIAL NO. | RAP SHEET ATTACHED ☑ YES ☐ NO | REPORTING OFFICER(S) PRODIGAL/DAD | SERIAL NO. J6339 | DIV. & DETAIL 77/NED | VACATION AUG |
|---|---|---|---|---|---|---|---|
| | DATE & TIME REPRODUCED JUL 2 5 2015 0740 | CLERK THKM | | LANGSDALE (P.P. ARREST OFCR. BKG. EVID. IF LISTED ON THIS PAGE) | J8006 | | |

| JUVENILE DISPO. | Petition Request: | ☐ DETAINED | ☐ RELEASED | ☐ NON-BOOK | ☐ NON-BOOK WARR. | INVEST. OFCR. | SERIAL NO. | DIV. |
|---|---|---|---|---|---|---|---|---|

| FINAL CHARGE, IF DIFFERENT THAN ORIGINAL (SECTION, CODE & DEFINITION) | IF REFERRED, AGENCY & PERSON ACCEPTING REFERRAL | PROPERTY BOOKED? Y N IF YES, 10.06.00 COMPLETED? Y N | SUPERVISOR APPROVING | SERIAL NO. |
|---|---|---|---|---|

| ☐ 11 C & R | ☐ 13 EXON-INNOCENT | ☐ 04 CYA | ☐ 18 JUV. TRAF. MISD. | ☐ 16 DCFS | JUV. COORD. REVIEWING | SERIAL NO. |
|---|---|---|---|---|---|---|
| ☐ 11 ACTION SUSP. | ☐ 12 REL-INSUF. EVID. | ☐ 03 PROBATION | ☐ 17 FIRE DEPT. | ☐ 10 OTHER | DATE / TIME DISPOSITION | DIV. CLERK |
| ☐ 14 PROVED ADULT | ☐ 03 COMMUNITY SERVICE | ☐ 06 OTH. LAW ENF. AGENCY | ☐ 10 DEPT. MENTAL HEALTH | | | |

FILE COPY

05.01.02 (11/11)          IWG 15072 4004939          ARREST REPORT

Page 1 of 2    03.01.00 (01/16)

**Los Angeles Police Department**
**INVESTIGATIVE REPORT**

UCR CODE CC **/30**

COMBINED EVID. REPORT ☐
MULTIPLE DRS ON THIS REPORT ☐

| CASE SCREENING FACTOR(S) | REPORT OF: ASSAULT WITH DEADLY WEAPON | INVEST.DIV. Newt | INC # 150724004939 | 15.13.16279 |

☐ SUSPECT/VEHICLE NOT SEEN
☐ PRINTS OR OTHER EVIDENCE NOT PRESENT
☑ MO NOT DISTINCT
☑ PROPERTY LOSS LESS THAN $5,000
☐ NO SERIOUS INJURY TO VICTIM
☑ ONLY ONE VICTIM INVOLVED

| LAST NAME, FIRST, MIDDLE (OR NAME OF BUSINESS) Doe, John | SEX M | DESC HIS | HT 508 | WT 165 | AGE 30 | DOB |
| ADDRESS R- Unknown | | | ZIP | PHONE | | X ☐ |
| B- Unknown | | | | | | ☐ |
| E-MAIL ADDRESS | | | | CELL PHONE | | |

PREMISES (SPECIFIC TYPE) ☐ ATM

| DR. LIC. NO. (IF NONE, OTHER ID & NO.) Unknown | FOREIGN LANGUAGE SPOKEN Unknown | OCCUPATION Unknown |

**ENTRY** 459/BFV POINT OF ENTRY

| | POINT OF ENTRY N/A | POINT OF EXIT N/A | LOCATION OF OCCURRENCE 61st Street / Broadway | SAME AS V'S ☐ | RES. ☐ | BUS. ☐ | R.D. 1393 | PRINTS BY PREL. INV. ATTEMPT Y ☐ N ☐ OBTAINED Y ☐ N ☑ |
| FRONT | METHOD N/A | | DATE & TIME OF OCCURRENCE 07/24/2015  2105   07/24/2015   2105 | | | | DATE & TIME REPORTED TO PD 07/25/2015   0400 |
| REAR | INSTRUMENT/TOOL USED N/A | | TYPE PROPERTY STOLEN/LOST/DAMAGED 03.04.00 GIVEN N/A | | STOLEN/LOST $ 0 | RECOVERED $0 | EST. DAMAGED ARSON / VAND. $0 |
| SIDE | | | | | | | |
| ROOF | | | | | | | |
| FLOOR | | | | | | | |
| OTHER | | | | | | | |

| VICT'S VEH. (IF INVOLVED) YEAR, MAKE, TYPE, COLOR, LIC. NO. N/A | NOTIFICATION(S) (PERSON & DIVISION) | CONNECTED REPORT(S) (TYPE & DR #) |

**MO** IF LONG FORM, LIST UNIQUE ACTIONS. IF SHORT FORM, DESCRIBE SUSPECTS ACTIONS IN BRIEF PHRASES, INCLUDING WEAPON USED. DO NOT REPEAT ABOVE INFO BUT CLARIFY REPORT AS NECESSARY. IF ANY OF THE MISSING ITEMS ARE POTENTIALLY IDENTIFIABLE, ITEMIZE AND DESCRIBE ALL ITEMS MISSING IN THIS INCIDENT IN THE NARRATIVE.

Unknown Victim was punched until he fell to the ground and once on the ground (5) unknown male suspects kicked the victim numerous times.  Two suspects fled on foot, three fled in a vehicle and were arrested

MANDATORY MARSY'S RIGHTS CARD PROVIDED TO THE VICTIM ☐

MOTIVATED BY HATRED/PREJUDICE ☐    DOMESTIC VIOLENCE ☐

| REPORTING EMPLOYEE(S) | INITIALS, LAST NAME Langsdale | SERIAL NO. 38006 | DIV./DETAIL 77th | PERSON REPORTING | SIGNATURE | OR RECEIVED BY PHONE ☐ |
| | Prodigalidad | 36339 | NED | NOTE: IF SHORT FORM AND VICTIM/PR ARE NOT THE SAME, ENTER PR INFORMATION IN INVOLVED PERSONS SECTION. | | |

*Complete below sections if any CASE SCREENING FACTOR(S) boxes are not checked.*

| SUSP'S VEHICLE | YEAR 06 | MAKE Toyota | MODEL G6 | TYPE 4Dr | | EXTERIOR 1 CUSTOM WHEELS 2 PAINTED INCRIPT 3 LEVEL ALTERED 4 RUST/PRIMER 5 VINYL TOP | BODY 1 DAMAGE 2 MODIFIED 3 STICKER 4 LEFT | 5 RIGHT 6 FRONT 7 REAR | WINDOWS 1 DAMAGE 2 CURT 3 CURTAINS 4 LEFT | 5 RIGHT 6 FRONT 7 REAR |
| COLOR(S) Wht | VEH. LIC. NO. 5YDW493 | | STATE | INTERIOR COLOR: Tan ☑ 1 BUCKET SEATS ☐ 2 DAMAGED INSIDE | | | | | |

| S-1 | SEX | DESC | HAIR | EYES | HEIGHT | AGE | CLOTHING | NAME, ADDRESS, DOB, IF KNOWN; NAME, BKG. NO., CHARGE, IF ARRESTED. |
| PERSONAL ODDITIES (UNUSUAL FEATURES, SCARS, TATTOOS, ETC.) SEE CONTINUATION | | | | | | | WEAPON | (VERBAL THREATS, BODILY FORCE, SIMULATED GUN, ETC. IF KNIFE OR GUN, DESCRIBE FULLY.) |

| S-2 | SEX | DESC | HAIR | EYES | HEIGHT | AGE | CLOTHING | NAME, ADDRESS, DOB, IF KNOWN; NAME, BKG. NO., CHARGE, IF ARRESTED. |
| PERSONAL ODDITIES (UNUSUAL FEATURES, SCARS, TATTOOS, ETC.) | | | | | | | WEAPON | (VERBAL THREATS, BODILY FORCE, SIMULATED GUN, ETC. IF KNIFE OR GUN, DESCRIBE FULLY.) |

INVOLVED PERSON(S)    W - WITNESS;   R - PERSON RPTG.;   S - PERSON SECURING (459);   D - PERSON DISCOVERING (459);   P - PARENT;
CP - CONTACT PERSON (DOMESTIC VIOLENCE)

| NAME | SEX | DESC | DOB | ADDRESS R- | CITY | ZIP | PHONE |
| DR. LIC. NO. (IF NONE, LIST OTHER ID & NO.) | FOREIGN LANGUAGE SPOKEN | | E-MAIL ADDRESS | | CELL PHONE | | |

| NAME | SEX | DESC | DOB | ADDRESS R- | CITY | ZIP | PHONE |
| DR. LIC. NO. (IF NONE, LIST OTHER ID & NO.) | FOREIGN LANGUAGE SPOKEN | | E-MAIL ADDRESS | | CELL PHONE | | |

| NAME | SEX | DESC | DOB | ADDRESS R- | CITY | ZIP | PHONE |
| DR. LIC. NO. (IF NONE, LIST OTHER ID & NO.) | FOREIGN LANGUAGE SPOKEN | | E-MAIL ADDRESS | | CELL PHONE | | |

| COMBINED EVID. RPT. | USE THIS SECTION IN LIEU OF PROPERTY REPORT IF NO GUN AND NO MORE THAN THREE ITEMS OF EVIDENCE. | LOC. EVID. BKD. 77 | 10.10.00 GIVEN? Y ☐ N ☐ | Preliminary Drug Test | SUPV./INV. OFCR. TESTING SERIAL NO. | WITNESS OFCR. | SERIAL NO. |
| ITEM | QUAN. | ARTICLE | SERIAL NO./TYPE TEST OF DRUG | BRAND/DRUG WEIGHT, UNITS | MODEL NO./ DRUG TEST RESULT | MISC. | |

NARRATIVE   USE THE FOLLOWING HEADINGS TO DOCUMENT ALL INFORMATION REGARDING THE INVESTIGATION; ADDITIONAL PERSONS INVOLVED (SUSPECTS, WITNESSES, REPORTING PARTIES); SOURCE OF ACTIVITY; INVESTIGATION; ARREST; INJURY/MEDICAL TREATMENT; PHOTOS, RECORDINGS, VIDEOS, DICV AND DIGITAL IMAGING; BOOKING EVIDENCE (GUN/GANG/SIG); ADDITIONAL COLLISION SUMMARY; PROPERTY STOLEN/LOST/RECOVERED/DAMAGED; AND COURT INFORMATION. NOTE: ANY OF THESE HEADINGS MAY BE OMITTED IF NOT APPLICABLE. SEE FIELD NOTEBOOK DIVIDER - GENERAL REPORTING INSTRUCTIONS, FORM 18.30.00 AND FIELD NOTEBOOK DIVIDER - IR, FORM 18.30.00 FOR FURTHER INFO.

VICTIM INDEMNIFICATION INFORMATION (IF APPLICABLE)

IS ANY OF THE VICTIM'S PROPERTY MARKED WITH AN OWNER APPLIED IDENTIFICATION NUMBER? IF YES, EXPLAIN IN NARRATIVE   YES ☐ NO ☑

| APPROVAL AND REVIEW | SUPERVISOR APPROVING 26739 | SERIAL NO. 77 | DIVISION | DETECTIVE SUPERVISOR REVIEWING | SERIAL NO. |
| | DATE & TIME REPRODUCED JUL 2 5 2015 0740 | CLERK Karl | DIVISION | | CATEGORY |

| Page 2 of 2 | | TYPE OF REPORT ASSAULT WITH DEADLY WEAPON | | BOOKING NO. | | DR NO. 15·13·15279 | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | QUAN. | ARTICLE | SERIAL NO. | BRAND | MODEL NO. | MISC. DESCRIPTION (COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC.) | DOLLAR VALUE |

Suspect Information:

Suspect - J▮▮▮▮▮▮▮ Dob ▮▮▮/96  M / Blk 601/160 Bro/Bro  Bkg#

Suspect - H▮▮▮▮▮▮ Dob▮▮▮1997 M/ Blk 509/140 Bro/Bro  Bkg#

Suspect - N▮▮▮▮▮▮ Dob ▮▮▮/86  F / Blk 506/140 Bro/Bro Bkg#

Subject - S▮▮▮▮▮▮▮ Dob ▮▮▮/97  M / Blk 506/140  Bro/Bro  Bkg#

Suspect - Unknown Male Black 18-22 yrs 506-508 Bro/Bro

Suspect - Unknown Male Black 18-22 yrs 506-508 Bro/Bro

WALLACE_000310

WALLACE_000237

**CONTINUATION SHEET**

Los Angeles Police Department

| ITEM NO. | QU AN | ARTICLE | SERIAL NO | BRAND | MODEL NO. | MISC DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC) | DOLLAR VALUE |
|---|---|---|---|---|---|---|---|

PAGE NO. 2/11   TYPE OF REPORT: Crime and Arrest   BOOKING NO. Multi-4   DR NO. 15279 1513

**Suspect-1:** H█████████████████████
**Suspect-2:** J█████████████████████
**Suspect-3:** N████████████████
**Subject-4:** S██████████████████
**Suspect-5:** M/B, 20-30, NFI
**Suspect-6:** M/B, 20-30, NFI

**Source of Activity**

On 7/24/15 at approximately 2105hrs, Det II Beckers #35418, Officer Prodigalidad #36339, and I, Officer Langsdale #38006, were assigned to the 77th St. Narcotics Enforcement Detail. We were in plain clothes and driving in an unmarked police vehicle. We were all wearing black ballistic vests with the word "Police" clearly displayed on the front and back. We were returning to 77th Station and driving southbound on Broadway at 62nd St. when we observed an ADW in progress. INC# 150724004939.

**Investigation**

We observed approximately five M/Bs (suspects) punching and kicking a M/H (victim) on the west side of Broadway and 62nd St. The M/H appeared to be trying to disengage from the group of M/Bs by attempting to deflect the blows and trying to fight off the attackers. We conducted a u-turn in order to verify that a fight was taking place and that it was not just a group of people playing around. It became immediately obvious that this was a legitimate attack. The group of M/Bs were punching and kicking the M/H about the torso, head and legs. It was difficult to distinguish who was doing what due to the number of suspects and the speed and fluidity of the attack. However, each suspect was playing a large part in the attack and each one landed numerous punches and kicks on the victim. Each was very involved in the attack.

The victim continued to attempt to escape the suspects and ran a short distance north on Broadway towards 61st St. The group appeared to stop the assault, but then they collectively ran back up to the victim and attacked him from behind again. This time the victim fell down and the suspects continued to punch and kick the victim while he was down on the ground and defenseless. I saw several kicks land about the victim's head. The victim then stumbled to his feet appearing as though he had sustained a concussion or other head injury. He was stumbling and appeared unsteady. The M/H victim's face appeared reddened and bruised. The victim once again escaped from the suspects and continued towards 61th St. As he approached the corner, he was pushed into a wrought iron fence.

Suddenly, a white Pontiac (5YDW493) pulled up next to the group of suspects facing southbound. Three of the suspects stopped the assault on the victim and ran directly towards and entered the white Pontiac. The four of them (the three plus the driver) fled southbound. The other two M/Bs fled the area in unknown directions. We decided to follow the vehicle. Det. Beckers broadcast a following and requested a backup, airship, and supervisor. The suspect vehicle turned eastbound on 65th St. and stopped in front of 220 W. 65th St. The three M/Bs exited the vehicle while the F/B driver remained in the driver's seat. She was eventually called out of the vehicle by officers. All four were detained without incident.

WALLACE_000311

WALLACE_000238

**CONTINUATION SHEET**

Los Angeles Police Department

| PAGE NO. 3/11 | TYPE OF REPORT | Crime and Arrest | | BOOKING NO. Multi-4 | DR NO. 15279 1513 |
|---|---|---|---|---|---|

| ITEM NO. | QU AN | ARTICLE | SERIAL NO | BRAND | MODEL NO. | MISC DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC) | DOLLAR VALUE |
|---|---|---|---|---|---|---|---|

The victim was last seen walking northbound on Broadway. We requested a unit to respond to the area we had last seen the victim. Multiple units responded to the area but were unable to locate the victim.

**Arrest**

Suspect-1 was arrested for 245(a)1 PC- ADW due to his involvement in the assault and transported to 77th Station without incident.

I read the Miranda Admonition per LAPD Form 15.03.0 to Suspect-1. He replied, "Yes, yes, yes, yes." He did not provide any additional information.

Suspect-2 was arrested for 245(a)1 PC- ADW due to his involvement in the assault and transported to 77th Station without incident.

I read the Miranda Admonition per LAPD Form 15.03.0 to Suspect-2. He replied, "Yes, yes, yes, yes." He did not provide any additional information.

Suspect-3 was arrested for 245(a)1 PC- ADW due to her acting as a getaway driver and transported to 77th Station without incident. From her vantage point, Suspect-3 would have been fully aware of what the other suspects were doing.

I read the Miranda Admonition per LAPD Form 15.03.0 to Suspect-3. She replied, "Yes, yes, yes, yes." She did not provide any additional information.

Subject-4 was arrested for 602 WIC/ 245(a)1 PC- ADW due to his involvement in the assault and transported to 77th Station without incident.

I read the Miranda Admonition per LAPD Form 15.03.0 to Subject-4. He replied, "Yes, yes, yes, yes." I asked the subject where he was coming from and he said that he was coming from Fred's Liquor Store and that his sister-in-law had driven him there. The subject said that as he exited the liquor store, a M/H called him (subject) "chango". "Chango" in Spanish means monkey and the subject said he felt the M/H was making a derogatory statement towards him. The subject said that he punched the M/H one time.

**Booking**

Suspect-1 was booked for 245(a)1 PC- ADW with the approval of Lt. Perez #27629.

Suspect-2 was booked for 245(a)1 PC- ADW with the approval of Lt. Perez #27629.

Suspect-3 was booked for 245(a)1 PC- ADW with the approval of Lt. Perez #27629.

Subject-4 was booked for 602 WIC/ 245(a)1 PC- ADW with the approval of Lt. Perez #27629. The subject was later transported to Los Padrinos Juvenile Hall for housing.

**Evidence**

WALLACE_000312

WALLACE_000239

## CONTINUATION SHEET

Los Angeles Police Department

| PAGE NO. 4/11 | TYPE OF REPORT Crime and Arrest | | | | BOOKING NO. Multi-4 | DR NO. 5279 1513 |
|---|---|---|---|---|---|---|
| ITEM NO. | QUAN | ARTICLE | SERIAL NO | BRAND | MODEL NO. | MISC DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC) | DOLLAR VALUE |

See Property Report.  DNA swabs were taken on the three male suspects/ subject.

**Injury/ Medical Treatment**
None.

**Photographs, Recordings, Video, DICV, BWV, and Digital Imaging**
There is DICV during the time that the suspects were being taken into custody.  I took six photographs of the two male suspects and one male subject. The photographs were of the full body and close up of the hands.

At 0300hrs, Det. Beckers and Officer Prodigalidad canvassed the area of the crime for any surveillance cameras.  They located cameras on the exterior of 6117 and 6121 S. Broadway that may have captured the incident.  The businesses were closed at the time of the follow-up.

**Additional**
The vehicle was impounded under 22651(h)1 VC- Driver Arrested.

**Court Information**
My partners and I can testify to this report.

Los Angeles Police Department
**PROPERTY REPORT**

Page 5 of 11

IF EVIDENCE CONT., COMPLETE SHADED AREAS ONLY. IF NOT EVID. CONT., COMPLETE ENTIRE FORM.

| | | TOTAL U.S. CURR. BKD. | EVID ☑ | NON-EVID ☐ | IF RELATED TO PREV BKD EVID, USE THAT DR |
|---|---|---|---|---|---|
| ☑ NARC ☐ FIREARM ☐ SEARCH ☐ MONEY | | | ☑ ONLY 1 CATEGORY PER REPORT | | DR 16-13 15279 |

| DATE AND TIME OF THIS REPORT | DATE PROPERTY BKD. | IF RELATED TO PREVIOUSLY BOOKED EVIDENCE, ORIG. EVID. BKD. TO (IN THIS CASE COMPLETE ENTIRE REPORT) | DATE ORIG. EVID. TAKEN INTO CUSTODY |
|---|---|---|---|
| 07/25/2015    0525 | 07/25/2015 | | 07/24/2015 |

| RESIDENCE ADDRESS | ARRESTEE ☑ EVID. CONT. OF ARREST REPORT | DOB | CHARGE |
|---|---|---|---|
| | H██████ | ██/1997 | BKD. DR ██████ |
| Los Angeles      CA     90016 | | | BKG. # |

| RESIDENCE ADDRESS (BUS. ADDRESS IF VICT. IS BUSINESS) | VICTIM ☐ EVID. CONT. OF PIR (IF NO ARRESTEE) | | | |
|---|---|---|---|---|
| | | R - | | ☐ X |
| | | B - | | ☐ |

| RESIDENCE ADDRESS | ☐ OWNER OR IF UNKNOWN ☐ FINDER/POSSESSOR | | |
|---|---|---|---|
| | | R - | ☐ |
| | | B - | ☐ |

| AREA OR CITY, & DATE CRIME OCCUR. | TYPE OF PREMISES | DEPT. EMPLOYEE IF BOOKED TO | SERIAL NO. | DIVISION | IF FIREARM, CRT CHECKS: |
|---|---|---|---|---|---|
| | | | | | AFS   NCIC |

| IS THIS STOLEN PROPERTY? | PROBABLE CRIME | ☑ FELONY | DATE & TIME PROP. FOUND TAKEN INTO POLICE CUSTODY - LOCATION | | YES ☐ NO ☐   YES ☐ NO ☐ |
|---|---|---|---|---|---|
| ☐ YES ☑ NO | 245(a)1PC | ☐ MISD. | 07/24/2015     21:15     220 W. 65th St, Los Angeles | | RD, OR CITY IF OUTSIDE 1393 |

| IS THIS FOUND PROPERTY? | DATE & TIME FOUND PROPERTY DISCOVERED | LOCATION DISCOVERED | RD, OR CITY IF OUTSIDE |
|---|---|---|---|
| ☐ YES ☑ NO | | | |

| INVESTIGATIVE UNIT | PROP. BKD. AT | NOTIFICATIONS - PERSONS & UNITS | CONNECTING REPORTS - TYPE & DR |
|---|---|---|---|
| Newton | 77th Div | | |

**Use of Evidence Continuation:** Use only with Arrest Report or, if no Arrest Report, with PIR. Do not use if evidence is related to previously booked evidence. To book evidence, staple this page on top of Arrest Face Sheet (or PIR Face Sheet, if no arrest) and forward with evidence.

1. CIRCUMSTANCES (WHERE FOUND, BY WHOM, HOW MARKED, ETC.) EXPLAIN IF 10.10.00 NOT ISSUED  GIVE RESULTS OF CRT CHECKS ON FIREARMS.
2. ITEMIZE PROPERTY (LIST NARCOTICS FIRST, THEN MONEY, FIREARMS, PROPERTY WITH SERIAL NUMBERS, AND OTHER PROPERTY, IF RELATED TO PREVIOUSLY BKD. EVIDENCE, START WITH NEXT SEQUENTIAL ITEM NUMBER)
3. IS PROPERTY ELIGIBLE FOR IMMEDIATE DISPOSAL?  ☐ YES  ☐ NO  IF YES, LIST ITEM # 8   ENSURE AN "EXTRA COPY" IS FORWARDED TO THE PROPERTY DISPOSITION COORDINATOR (PDC) FOR INPUT INTO APIMS.  IF PROPERTY IS ELIGIBLE FOR RELEASE, COMPLETE A PROPERTY DISPOSITION/UPDATE REQUEST, FORM 10.10.06, AND FORWARD IT TO THE RDC FOR INPUT INTO APIMS.

| ITEM NO. | QUANT. | ARTICLE | SERIAL NO./TYPE TEST OF DRUG | BRAND/DRUG WEIGHT, UNITS | MODEL NO./DRUG TEST RESULT | MISC.-COLOR, SIZE, INSCRIPTION, CALIBER., ETC. IF MULT. ARREST, INCL. NAME/BKG. # FROM WHOM TAKEN |
|---|---|---|---|---|---|---|
| | | | | | | |

The following items were recovered and booked as evidence as a result of an ADW investigation. See arrest report narrative for further details. Incident No. 150724004939

| 1 | 1 | Narcotics | | Marijuana | 9.06 gg | Plastic bottle w/ green plant like substance resembling marijuana |
|---|---|---|---|---|---|---|

Item #1 was recovered from ██████'s person during a pre booking search at 77th Station.

| 2 | 1 | Cellphone | a3lsphm840 | Samsung | sphm840 | white cellphone |
|---|---|---|---|---|---|---|
| 3 | 1 | Battery | aa1f6205s/5-b | Samsung | eb494865v0 | gray and black |

Items #2-3 were recovered from the front driver's seat of the 2006 Pontiac G6 with CA license 5YDW493 by Officer Prodigalidad.

| 4 | 1 | DNA Swab | 430507899000 | | | DNA swab from ██████ hands. |
|---|---|---|---|---|---|---|
| 5 | 1 | DNA Swab | 430500321000 | | | DNA swab from ██████'s hands. |
| 6 | 1 | DNA Swab | 430508184000 | | | DNA swab from ██████ hands. |

Items # 4-6 were taken by Det. Beckers at 77th Station.

| Preliminary Drug Test | SUPERVISOR/INVESTIGATING OFFICER TESTING | SERIAL NO. | WITNESSING OFFICER | SERIAL NO. |
|---|---|---|---|---|
| Search Warrant Info | DATE | ISSUED BY JUDGE | | COURT NO. |

| SUPERVISOR APPROVING | SERIAL NO. 26749 | 10.10.00 ISSUED? ☑ YES ☐ NO | REPORTING EMPLOYEE(S) Prodigalidad | SERIAL NO. 36339 | DIV. 77 | DETAIL NED | PERSON REPORTING (SIGNATURE) X |
|---|---|---|---|---|---|---|---|
| DATE & TIME REPRODUCED | DIVISION | | CLERK | | | | |

10.01.00 (03/12)

WALLACE_000314

WALLACE_000241

EXHIBIT B



PROTECTIVE ORDER_004698



PROTECTIVE ORDER_004699



PROTECTIVE ORDER_004700



PROTECTIVE ORDER_004689



PROTECTIVE ORDER_004701

EXHIBIT C

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL

**VEHICLE REPORT**
CHP 180 (Rev. 12-06) OPI 062

*HOLD FOR FRIEND TONS 3415200.00155*
*IMPOUND*
NOTE: CHP 180 IS FURNISHED TO ALL PEACE OFFICERS BY THE CALIFORNIA HIGHWAY PATROL
997

| REPORTING DEPARTMENT | LOCATION CODE | DATE / TIME OF REPORT | NOTICE OF STORED VEHICLE DELIVERED PERSONALLY ☐ | FILE NO. |
|---|---|---|---|---|
| LAPD 7TH RD 1393 | 1942 | 7/24/15 2130 | | 15.13.15264 |

| LOCATION TOWED / STOLEN FROM | ODOMETER READING | VIN CLEAR IN SVS? ☑YES ☐NO | DATE / TIME DISPATCH NOTIFIED | LOG NO. |
|---|---|---|---|---|
| 220 W 65TH ST | | LIC. CLEAR IN SVS? ☑YES ☐NO | 07/25/15 0457 | N4356 |

| YEAR | MAKE | MODEL | BODY TYPE | COLOR | LICENSE NO. | ☐ONE ☑TWO | MONTH / YEAR | STATE |
|---|---|---|---|---|---|---|---|---|
| OO | TOYT | SIENNA | VN | GLD | 5TFN311 | | 02/16 | CA |

| VEHICLE IDENTIFICATION NO. | ENGINE NO. | VALUATION BY ☐OFFICER ☐OWNER |
|---|---|---|
| 5TDZA23C665400270 | | ☐0-300 ☐301-4000 ☐4001+ ☐$ |

| REGISTERED OWNER | | LEGAL OWNER |
|---|---|---|
| KHANSARI MOHAMMAD | ☑SAME AS R/O | |
| | | |
| INGELWOOD AVE 90301 | | |

☐ STORED   ☑ IMPOUNDED   ☐ RELEASED   ☐ RECOVERED - VEHICLE / COMPONENT

| TOWING / STORAGE CONCERN (NAME, ADDRESS, PHONE) | STORAGE AUTHORITY / REASON |
|---|---|
| AL'S TOW 6/80 S SAINT ANDREWS PL | 22655.5 VC |

| TOWED TO / STORED AT | AIRBAG? ☑YES ☐NO ☐1 ☐2 | DRIVEABLE? ☐YES ☑NO ☐JUNK ☐UNK | VIN SWITCHED? ☐YES ☑NO |
|---|---|---|---|
| SAME AS ABOVE | | | |

| CONDITION | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | TIRES / WHEELS | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WRECKED | | ✓ | SEAT (FRONT) | | | REGISTRATION | | ✓ | CAMPER | | ✓ | LEFT FRONT | |
| BURNED HULK per 431(c) VC | | ✓ | SEAT (REAR) | ✓ | | ALT. / GENERATOR | ✓ | | VESSEL AS LOAD | ✓ | | RIGHT FRONT | |
| VANDALIZED | | ✓ | RADIO | ✓ | | BATTERY | ✓ | | FIREARMS | ✓ | | LEFT REAR | WORN |
| ENG. / TRANS. STRIP | | ✓ | TAPE DECK | | ✓ | DIFFERENTIAL | ✓ | | OTHER | | | RIGHT REAR | |
| MISC. PARTS STRIP | | ✓ | TAPES | | ✓ | TRANSMISSION | ✓ | | | | | SPARE | |
| BODY METAL STRIP | | ✓ | OTHER RADIO | | | AUTOMATIC | ✓ | | | | | HUB CAPS | NO |
| SURGICAL STRIP per 431(b) VC | | ✓ | IGNITION KEY | | ✓ | MANUAL | | | | | | SPECIAL WHEELS | |

| RELEASE VEHICLE TO: | ☐R/O OR AGENT | ☐AGENCY HOLD | ☐22850.3 VC | GARAGE PRINCIPAL / AGENT STORING VEHICLE (SIGNATURE) | DATE/TIME |
|---|---|---|---|---|---|
| | | | | 120012 VCW 7 25/13 | |

| NAME OF PERSON / AGENCY AUTHORIZING RELEASE | I.D. NO. | DATE | CERTIFICATION: I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT I AM LEGALLY AUTHORIZED AND ENTITLED TO TAKE POSSESSION OF THE ABOVE DESCRIBED VEHICLE. |
|---|---|---|---|
| SIGNATURE OF PERSON AUTHORIZING RELEASE | | | SIGNATURE OF PERSON TAKING POSSESSION |

☐ STOLEN VEHICLE / COMPONENT   ☐ EMBEZZLED VEHICLE   ☐ PLATE(S) REPORT

| DATE / TIME OF OCCURRENCE | DATE / TIME REPORTED | NAME OF REPORTING PARTY (R/P) | DRIVER LICENSE NO. / STATE |
|---|---|---|---|
| LAST DRIVER OF VEHICLE | DATE / TIME | ADDRESS OF R/P | TELEPHONE OF R/P ( ) |

I CERTIFY OR DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNATURE OF PERSON MAKING REPORT

**REMARKS**
[LIST PROPERTY, TOOLS, VEHICLE DAMAGE, ARRESTS]

| DRIVER'S NAME | ARRESTED / SECTION? ☐YES ☐NO | REPORTED BY | CARGO / TYPE? ☐YES ☐NO | VALUE $ ☐BILL OF LADING ATTACHE |
|---|---|---|---|---|

DNS 360

AK-47 RIFLE IN TRUNK OF VEH.

FRONT    LEFT SIDE    RIGHT SIDE    REAR    TOP

| SIGNATURE OF OFFICER TAKING REPORT | I.D. NO. | SUPERVISOR | REQUIRED NOTICES SENT TO REGISTERED AND LEGAL OWNERS PER 22852 VC? ☐YES ☐NO | DATE NOTIFIED |
|---|---|---|---|---|
| JNS | 41719 | 2674 | | |

WALLACE_000010
c180_c06.fr

## STOLEN / EMBEZZLED NARRATIVE

| 1. AREA<br>☐ RURAL ☐ URBAN | 2. TAKEN FROM<br>☐ STREET ☑ PARKING LOT ☐ GARAGE ☐ DRIVEWAY ☐ OTHER ____ | | 3. REGISTRATION IN VEHICLE?<br>☐ YES ☐ NO |
|---|---|---|---|
| 4. WAS NEIGHBORHOOD CHECKED FOR VEHICLE, WITNESSES, CLUES, OTHER CRIMES? ☑ YES ☐ NO | 5. PAYMENTS CURRENT?<br>☐ YES ☐ NO | 6. DOORS LOCKED?<br>☐ YES ☐ NO | 7. KEYS IN VEHICLE?<br>☐ YES ☐ NO | 8. ALL KEYS ACCOUNTED FOR?<br>☐ YES ☐ NO |

| 9. WHEN WAS VEHICLE LAST SERVICED? | 10. WHERE? | 11. IS THIS THE USUAL MECHANIC?<br>☐ YES ☐ NO |
|---|---|---|

| 12. RECENTLY LEFT IN PARKING GARAGE OR PARKING VALET SERVICE? ☐ YES ☐ NO | 13. IF YES, WHERE? | 14. VEHICLE EQUIPPED WITH ORIGINAL ENGINE<br>☐ YES ☐ NO ☐ UNK |
|---|---|---|

| 15. ORIGINAL TRANSMISSION?<br>☐ YES ☐ NO | 16. ORIGINAL PAINT?<br>☐ YES ☐ NO | 17. IF ANSWER TO 14, 15, OR 16 IS NO, PROVIDE ADDITIONAL INFORMATION, SERIAL NO., ORIGINAL COLOR, ETC. |
|---|---|---|

| 18. HAS VEHICLE BEEN PREVIOUSLY INVOLVED IN AN ACCIDENT? ☐ YES ☐ NO | 19. IF YES, HAS DAMAGE BEEN FIXED?<br>☐ YES ☐ NO | 20. PARTS DAMAGED |
|---|---|---|

| 21. FACTORY EQUIPPED RADIO?<br>☐ YES ☐ NO | 22. IF NO, MAKE AND SERIAL NO. | 23. DOES VEHICLE HAVE LOCKING GAS CAP?<br>☐ YES ☐ NO |
|---|---|---|

| 24. IS VEHICLE FULLY INSURED?<br>☐ YES ☐ NO | 25. NAME / ADDRESS OF INSURANCE COMPANY |
|---|---|

26. NAME / ADDRESS OF NEAREST RELATIVE NOT LIVING WITH R/P

27. IDENTIFYING MARKS, BUMPER STICKERS, ADD ON EQUIPMENT, ETC.

| 28. SUSPECT NAME | DRIVER LICENSE NO. / STATE | ADDRESS | | |
|---|---|---|---|---|
| HEIGHT | WEIGHT | EYES | HAIR | MISC. |

## RECOVERY NARRATIVE

29. NAME, DATE AND CASE NUMBER OF REPORTING AGENCY

| 30. AREA RECOVERED<br>☐ RURAL ☐ URBAN | 31. DESCRIPTION OF RECOVERY AREA | 32. RECOVERY<br>☐ COMPLETE ☐ PARTIAL |
|---|---|---|

| 33. ANY EVIDENCE LOCATED?<br>☐ YES ☐ NO | 34. WITNESSES, CLUES AND OTHER CRIMES | 35. HAVE MISSING, IDENTIFIABLE PARTS BEEN ENTERED IN SVS? ☐ YES ☐ NO |
|---|---|---|

## COMPONENT RECOVERY

| 36. DESCRIPTION | 37. SERIAL NO. |
|---|---|

## NARRATIVE

DURING UNRELATED ARREST AT 220 W 65TH STREET, OFFICERS OBSERVED AK-47 RIFLE IN REAR OF VEHICLE. VEHICLE IMPOUNDED TO AUTHOR A SEARCH WARRANT FOR EVIDENCE RECOVERY. VIN IMPOUNDED IMPOUND NOTICES SENT

WALLACE_000154

WALLACE_000011

```
IV
DATE: 07/24/15 TIME: 22:19
INSURANCE INFORMATION UNKNOWN
POSSIBLE FILE CODES: A(5TFN311) S(5TFN311)
REG VALID FROM: 02/02/15 TO 02/02/16
LIC#:5TFN311 YRMD:06 MAKE:TOYT BTM :SV VIN :5TDZA23C66S400270
R/O :TOYOTA LEASE TRST LSR, KHANSARI MOHAMMAD LSE,
██████████████████████████████
SOLD:00/00/06 RCID:02/24/15 OCID:03/09/06 LOCD:8
L/O :TOYOTA LEASE TRST, PO BX 105386, ATLANTA CITY:GA ZIP :30348
TYPE:11 POWR:G VEH :12 BODY:S CLAS:FJ
REC STATUS:
11/05/2014    RENEWAL NOTICE EXTRACTED
02/06/14 SMOG DUE 02/02/16


LESSEE INFORMATION RECORD(S)
EFFECTIVE DATE:02/24/15 CREATION DATE:02/26/15
NAME:KHANSARI MOHAMMAD ███████████████████
CITY:INGLEWOOD C.C.:19 ZIP:90301
CLEARANCE INFORMATION RECORDS:
OFFICE   WORK DATE    TECH/ID   SEQ #    VALUE    FICHE DATE    TTC
  610     03/14/08      M9      0021   00287.00   00/00/00     H05
  514     02/09/09      49      0089   00192.00   00/00/00     H05
  663     02/11/10      15      0018   00247.00   00/00/00     H05
  610     02/02/10      E7      0028   00247.00   PRIOR SUSPENSE
  610     02/01/11      06      0017   00221.00   00/00/00     H00
  610     01/24/12      06      0036   00140.00   00/00/00     H00
  610     01/31/13      06      0037   00124.00   00/00/00     H00
  610     02/04/14      D3      0017   00118.00   02/06/14     H00
  610     02/24/15      D3      0033   00146.00   02/26/15     H00
  610     02/07/15      D3      0005   00118.00   PRIOR SUSPENSE
01/31/2006-ODOMETER:        33 MILES  ACTUAL MILEAGE
END


OUTPUT MSG 270,       FROM       FH62YYYY07/24/2015 22:19
```

WALLACE_000227

EXHIBIT D

SW No. 71003

STATE OF CALIFORNIA - COUNTY OF LOS ANGELES

# SEARCH WARRANT AND AFFIDAVIT
## (AFFIDAVIT)

**Marlon Prodigalidad**, swears under oath and declares under penalty of perjury that the facts expressed by him/her in this Search Warrant and Affidavit and the attached incorporated Statement of Probable Cause, are true and that based thereon he/she has probable cause to believe and does believe that the property and/or person described below is lawfully seizable pursuant to Penal Code Section 1524, as indicated below, and is now located at the locations set forth below. Wherefore, affiant requests that this Search Warrant be issued.

_(Signature of Affiant)_

**HOBBS SEALING REQUESTED: YES ☐ NO ☒**
**NIGHT SEARCH REQUESTED: YES ☒ NO ☐**

# (SEARCH WARRANT)

**THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY SHERIFF, POLICE OFFICER, OR PEACE OFFICER IN THE COUNTY OF LOS ANGELES:** proof by affidavit, under penalty of perjury, having been made before me by **Marlon Prodigalidad**, that there is probable cause to believe that the property and/or person described herein may be found at the locations set forth herein and is lawfully seizable pursuant to Penal Code Section 1524 as indicated below by "X" (s) in that:

☐ it was stolen or embezzled.
☒ it was used as the means of committing a felony.
☐ it is possessed by a person with the intent to use it as means of committing a public offense or is possessed by another to whom he or she may have delivered it for the purpose of concealing it or preventing its discovery.
☒ it tends to show that a felony has been committed or that a particular person has committed a felony.
☐ it tends to show that sexual exploitation of a child, in violation of P.C. Section 311.3, or possession of matter depicting sexual conduct of a person under the age of 18 years, in violation of Section 311.11, has occurred or is occurring.
☐ there is a warrant to arrest the person.

**YOU ARE THEREFORE COMMANDED TO SEARCH:** (premises, vehicles, persons)

SEE PAGE TWO

**FOR THE FOLLOWING PROPERTY OR PERSONS:**

SEE PAGE THREE

**YOU ARE THEREFORE COMMANDED TO SEARCH CONTINUED:**

**AND TO SEIZE IT/THEM IF FOUND** and bring it/them forthwith before me, or this court, at the courthouse of this court. This Search Warrant and incorporated Affidavit was sworn to as true under penalty of perjury and subscribed before me this ☐ day of JULY , 20 15 , at 230 (A.M/P.M. Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.

**HOBBS SEALING APPROVED: YES ☐ NO ☒**

**NIGHT SEARCH APPROVED: YES ☒ NO ☐**       Shelley Kaufman
                                         _(Signature of Magistrate)_

Judge of the Superior Court, _____ Judicial District, Dept. / Div. _____

**SW & A1**

DH (7-22-04)

WALLACE_000155                                                          WALLACE_000012

STATE OF CALIFORNIA - COUNTY OF LOS ANGELES

# SEARCH WARRANT AND AFFIDAVIT



**VEHICLE TO BE SEARCHED:**

2006 Toyota Sienna Van, light brown, with California license "5TFN311" (Vehicle

Identification Number 5TDZA23C66S400270).  Registered to Mohammad Khansari at ▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Inglewood, California 90301.

SW & A1

# SEARCH WARRANT AND AFFIDAVIT

## FOR THE FOLLOWING PROPERTY:

1
2
3   Assault weapon, any articles of personal property tending to establish the identity of
persons in control of the vehicle.  All weapons, including handguns, assault rifles,
4   shotguns, rifles, and any similar type of weapon.  Also all ammunition, holsters, gun
5   cleaning kits, expended casings or ammunition.  Any photographs of firearms and any
6   articles showing ownership, purchase, storage, disposition, possession or dominion and
7   control over any guns, ammunition or any of the above.

8   All telephones, cellular telephones, personnel computers, tablets, lap tops, digital
9   camera, portable media players, hard drives, RAMs, thumb drives, storage medias and any
10  external data storage devices which are used to facilitate the sales of narcotics.  Searching
11  the electron devices for the evidence described above may require a range of data analysis
12  techniques.  In some cases, it is possible for officers to conduct carefully targeted searches
13  that can locate evidence without requiring a time-consuming manual search through
14  unrelated materials that may be commingled with criminal evidence.  For example, officers
15  may be able to execute a "keyword" search that searches through the files stored in a
16  computer for special words that are likely to appear only in the materials covered by a
17  warrant.  Similarly, agents may be able to locate the materials covered in the warrant by
18  looking for particular directory or file names.  In other cases, however, such techniques
19  may not yield the evidence described in the warrant.  Criminals can mislabel or hide files
20  and directories; encode communications to avoid using key words; attempt to delete files to
21  evade detection; or take other steps designed to frustrate law enforcement searches for
22  information.  These steps may require officers to conduct more extensive searches, such
23  as scanning areas of the device's memory not allocated to listed files, or opening every file
24  and scanning its contents briefly to determine whether it falls within the scope of the
25
26

WALLACE_000157                                                WALLACE_000014

STATE OF CALIFORNIA - COUNTY OF LOS ANGELES
# SEARCH WARRANT AND AFFIDAVIT

warrant. In light of these difficulties, your affiant requests permission to use whatever data analysis techniques appear necessary to locate and retrieve the evidence described above.

Your affiant, Marlon Prodigalidad, has been employed as a Police Officer for the Los Angeles Police Department since June 2, 2002.

Your affiant is currently assigned to 77th Division Narcotics Enforcement Detail. During your affiant's tenure, he has also worked the following assignments: Olympic Narcotics Enforcement Detail, 77th Gang Investigative Team, 77th Criminal Surveillance Team, 77th Gang Enforcement Detail, 77th Division Patrol, and Northeast Division Patrol.

I have received training at the Los Angeles Police Academy related to investigations and arrests. I have conducted over a thousand investigations to include: Domestic Violence, Vandalism, Robbery, Burglary, Narcotics, Assault with Deadly Weapons, Shootings, Attempt Murder, and Murder and various other Felony and misdemeanor crimes.

On July 24, 2015, at approximately 2105 hours, Detective Beckers, Serial No. 35418, Officer Langsdale, Serial No. 38006 and your Affiant (Officer Prodigalidad, Serial No. 36339), were driving southbound on Broadway from Slauson Ave. We were driving in an unmarked police vehicle and wearing approved LAPD black ballistic vests with police and LAPD insignia. As we were approaching 62nd Street we observed 5 Male Blacks physically assaulting a Male Hispanic. The Male Blacks were punching the Male Hispanic until he fell to the ground and then began to kick the Male Hispanic all over his body and head while he lay on the ground. We negotiated a U-turn in attempt to get a better vantage point and direct uniformed Officers to the location. As we negotiated the U-turn we observed three of the Male Blacks enter a vehicle that had pulled up next them facing southbound.

STATE OF CALIFORNIA - COUNTY OF LOS ANGELES      Page 5 of 5
# SEARCH WARRANT AND AFFIDAVIT

We began to follow the vehicle and broadcast for additional units that we were following ADW Suspects. We followed the vehicle to eastbound 65th Street where it stopped mid-block in the middle of the street at 220 West 65th Street, which is a known East Coast Crip hangout. The vehicle had stopped parallel to two vehicles parked on the south curb facing eastbound in front 220 West 65th Street which was the unoccupied 2006 Toyota Sienna, with California license plate "5TFN311" and a vehicle behind the Toyota with three occupants.

As additional units arrived at scene the Suspects from the vehicle that we were following were taken into custody without incident. As Officers arrived at scene, Officers began to check the Toyota for any additional Suspects hiding in the vehicle and observed in plain view in the storage area behind the seat through the rear window an assault weapon. Officers advised your Affiant and I observed the assault weapon in the storage area behind the seat. Your Affiant observed that the assault weapon appeared to be a semiautomatic center fire rifle with a detachable magazine, a pistol grip and flash suppressor.

Due to observing the assault weapon in plain view and having the characteristics of the assault weapon it is my expert opinion that upon service of this search warrant your affiant will verify that the weapon is an assault weapon and locate any items tending to establish the identity of persons in control of the vehicle.

Your affiant requests that nighttime service of this warrant be authorized due to that the time of the investigation is past 10:00 pm the vehicle is secured at an Official Police Garage and Officers would like to recover the assault weapon to secure it and book it as evidence.

SW & A1

EXHIBIT E

Los Angeles Police Department

**PROPERTY REPORT**

Page 1 of 5

| | TOTAL U.S. CURR. BKD. | EVID | NON-EVID | IF RELATED TO PREV BKD EVID, USE THAT DR |
|---|---|---|---|---|
| ☐ NARC ☑ FIREARM ☑ SEARCH ☐ MONEY | | ☑ | ☐ ONLY 1 CATEGORY PER REPORT | DR 15-1315264 |

| DATE AND TIME OF THIS REPORT | DATE PROPERTY BKD. | IF RELATED TO PREVIOUSLY BOOKED EVIDENCE, ORIG. EVID. BKD. TO (IN THIS CASE COMPLETE ENTIRE REPORT) | DATE ORIG. EVID. TAKEN INTO CUSTODY |
|---|---|---|---|
| 07/25/2015   0350 | 07/25/2015 | | |

| RESIDENCE ADDRESS | ARRESTEE ☐ EVID. CONT. OF ARREST REPORT | DOB | CHARGE BKD. DR |
|---|---|---|---|
| 220 W 65th Street  CA | | | BKG. # |

| RESIDENCE ADDRESS (BUS. ADDRESS IF VICT. IS BUSINESS) | VICTIM ☐ EVID. CONT. OF PIR (IF NO ARRESTEE) | | R - | X ☐ |
|---|---|---|---|---|
| 220 w 65th Street | | | B - | ☐ |

| RESIDENCE ADDRESS | ☐ OWNER OR IF UNKNOWN ☑ FINDER/POSSESSOR | R - | ☐ |
|---|---|---|---|
| 220 W 65th Street | Officer Prodigalidad | B - | ☐ |

| AREA OR CITY, & DATE CRIME OCCUR. | TYPE OF PREMISES | DEPT. EMPLOYEE IF BOOKED TO | SERIAL NO. | DIVISION | IF FIREARM, CRT CHECKS: |
|---|---|---|---|---|---|
| Newton   07/24/2015 | Street | Officer Prodigalidad | 36339 | 77th Division | AFS YES ☑ NO ☐   NCIC YES ☑ NO ☐ |

| IS THIS STOLEN PROPERTY? ☐ YES ☑ NO | PROBABLE CRIME 30600 PC | ☑ FELONY ☐ MISD. | DATE & TIME PROP. FOUND TAKEN INTO POLICE CUSTODY - LOCATION - 07/24/2015   3:15   AL's Tow 6180 St Andrews Place | RD, OR CITY IF OUTSIDE 1233 |
|---|---|---|---|---|
| IS THIS FOUND PROPERTY? ☐ YES ☑ NO | DATE & TIME FOUND PROPERTY DISCOVERED 07/24/2015   21:00 | | -LOCATION DISCOVERED- 220 W 65th Street | RD, OR CITY IF OUTSIDE 1393 |

| INVESTIGATIVE UNIT | PROP. BKD. AT | NOTIFICATIONS - PERSONS & UNITS | CONNECTING REPORTS - TYPE & DR |
|---|---|---|---|
| Newton Detectives | 77th | VIPU N2307  7/25/15 @ 0505 | IMPOUND RPT 1513 - 15264 |

Use of Evidence Continuation: Use only with Arrest Report or, if no Arrest Report, with PIR. Do not use if evidence is related to previously booked evidence. To book evidence, staple this page on top of Arrest Face Sheet (or PIR Face Sheet, if no arrest) and forward with evidence.

1. CIRCUMSTANCES (WHERE FOUND, BY WHOM, HOW MARKED, ETC.) EXPLAIN IF 10.10.00 NOT ISSUED. GIVE RESULTS OF CRT CHECKS ON FIREARMS.
2. ITEMIZE PROPERTY (LIST NARCOTICS FIRST, THEN MONEY, FIREARMS, PROPERTY WITH SERIAL NUMBERS, AND OTHER PROPERTY. IF RELATED TO PREVIOUSLY BKD. EVIDENCE, START WITH NEXT SEQUENTIAL ITEM NUMBER).
3. IS PROPERTY ELIGIBLE FOR IMMEDIATE DISPOSAL? YES ☐ NO ☑ IF YES, LIST ITEM #'S _____ ENSURE AN "EXTRA COPY" IS FORWARDED TO THE PROPERTY DISPOSITION COORDINATOR (PDC) FOR INPUT INTO APIMS. IF PROPERTY IS ELIGIBLE FOR RELEASE, COMPLETE A PROPERTY DISPOSITION/UPDATE REQUEST, FORM 10.06.00, AND FORWARD IT TO THE PDC FOR INPUT INTO APIMS.

| ITEM NO. | QUANT. | ARTICLE | SERIAL NO./TYPE TEST OF DRUG | BRAND/DRUG WEIGHT, UNITS | MODEL NO./DRUG TEST RESULT | MISC-COLOR, SIZE, INSCRIPTION, CALIBER, ETC. IF MULT. ARREST, INCL. NAME/BKG. # FROM WHOM TAKEN |
|---|---|---|---|---|---|---|

On 7/24/2015, Officer Prodigalidad #36339, Officer Langsdale #38006, and Detective Beckers #35418 were conducting an 245(a)(1) PC in the street in front of 220 W 65th Street. While at the scene, officers noticed a AK-47 style assault rifle in plain view in the rear area of a 2006 Toyota Sienna Lic#5TFN311 parked on the street directly in front of 220 W 65th Street. The vehicle was towed and locked inside AL's Tow yards secured evidence section. Officer Prodigalidad authored a search warrant for the vehicle. With the search warrant endorsed, Officer Prodigalidad and Detective Beckers responded to the tow yard to complete the search and evidence recovery.

| ITEM NO. | QUANT. | ARTICLE | SERIAL NO./TYPE TEST OF DRUG | BRAND/DRUG WEIGHT, UNITS | MODEL NO./DRUG TEST RESULT | MISC-COLOR, SIZE, INSCRIPTION, CALIBER, ETC. IF MULT. ARREST, INCL. NAME/BKG. # FROM WHOM TAKEN |
|---|---|---|---|---|---|---|
| 1 | 1 | Assault Rifle | M001856 | Norinco | AKM-47S | Blue Steel semi-auto rifle with wood grips and stocks, 7.62 x 39, 15 inch barrel |
| 2 | 1 | Magazine | 30 Round capacity | ----------------- | 7.62 x 39 Magazine | Blue Steel magazine   *Recovered from item#1 |
| 3 | 13 | Live Ammo | Misc | Misc | Live 7.62 x 39 rnds | (13) Misc live 7.62 x 39 rounds   *Recovered from item#2 |

| Preliminary Drug Test | SUPERVISOR/INVESTIGATING OFFICER TESTING | SERIAL NO. | WITNESSING OFFICER | SERIAL NO. |
|---|---|---|---|---|
| Search Warrant Info | DATE 07/25/2015 | ISSUED BY JUDGE Shelly Hoffman | | COURT NO. Not Stated |

| SUPERVISOR APPROVING | SERIAL NO. 3541 | 10.10.00 ISSUED? YES ☑ NO ☐ | REPORTING EMPLOYEE(S) Prodigalidad | SERIAL NO. 36339 | DIV. 77th | DETAIL NED | PERSON REPORTING (SIGNATURE) |
|---|---|---|---|---|---|---|---|
| DATE & TIME REPRODUCED | DIVISION | CLERK | Landsdale | 38006 | 77th | NED | X |

10 01.00 (03/12)   INC # 150724004939

WALLACE_000149   WALLACE_000006

# PROPERTY REPORT

Page 1 of 1

| | | | | TOTAL U.S. CURR. BKD. | EVID | NON-EVID | IF RELATED TO PREV BKD EVID. USE THAT DR |
|---|---|---|---|---|---|---|---|
| | | NARC | FIREARM | SEARCH | MONEY | ONLY 1 CATEGORY PER REPORT | DR 15-1315264 |

| DATE AND TIME OF THIS REPORT | DATE PROPERTY BKD. | IF RELATED TO PREVIOUSLY BOOKED EVIDENCE, ORIG. EVID. BKD. TO (IN THIS CASE COMPLETE ENTIRE REPORT) | DATE ORIG. EVID. TAKEN INTO CUSTODY |
|---|---|---|---|
| 07/28/2015  1340 | 07/28/2015 | | 07/25/2015 |

| RESIDENCE ADDRESS | ARRESTEE | EVID. CONT. OF ARREST REPORT | DOB | CHARGE BKD. DR |
|---|---|---|---|---|
| CA | | | | BKG. # |

| RESIDENCE ADDRESS (BUS. ADDRESS IF VICT. IS BUSINESS) | VICTIM | EVID. CONT. OF PIR (IF NO ARRESTEE) | R -   X |
|---|---|---|---|
| | | | B - |

| RESIDENCE ADDRESS | OWNER OR IF UNKNOWN | FINDER/POSSESSOR | R - |
|---|---|---|---|
| | | | B - |

| AREA OR CITY, & DATE CRIME OCCUR. | TYPE OF PREMISES | DEPT. EMPLOYEE IF BOOKED TO | SERIAL NO. | DIVISION | IF FIREARM, CRT CHECKS: |
|---|---|---|---|---|---|
| Newton   07/24/2015 | Street | Prodigalidad | 36339 | 77 | AFS YES / NO    NCIC YES / NO |

| IS THIS STOLEN PROPERTY? | PROBABLE CRIME | ✓ FELONY | DATE & TIME PROP. FOUND TAKEN INTO POLICE CUSTODY - LOCATION - | RD. OR CITY IF OUTSIDE |
|---|---|---|---|---|
| YES ✓ NO | 30600 PC | MISD. | 07/28/2015   13:15   7600 S Broadway, Los Angeles | 1258 |

| IS THIS FOUND PROPERTY? | DATE & TIME FOUND PROPERTY DISCOVERED | -LOCATION DISCOVERED- | RD. OR CITY IF OUTSIDE |
|---|---|---|---|
| YES ✓ NO | 07/24/2015   21:00 | 220 West 65th Street, Los Angeles | 1393 |

| INVESTIGATIVE UNIT | PROP. BKD AT | NOTIFICATIONS - PERSONS & UNITS | CONNECTING REPORTS - TYPE & DR |
|---|---|---|---|
| 77/NED | 77th | | Property report 1513-15264 |

Use of Evidence Continuation: Use only with Arrest Report or, if no Arrest Report, with PIR. Do not use if evidence is related to previously booked evidence. To book evidence, staple this page on top of Arrest Face Sheet (or PIR Face Sheet, if no arrest) and forward with evidence.

1. CIRCUMSTANCES (WHERE FOUND, BY WHOM, HOW MARKED, ETC.) EXPLAIN IF 10.10.00 NOT ISSUED. GIVE RESULTS OF CRT CHECKS ON FIREARMS.
2. ITEMIZE PROPERTY (LIST NARCOTICS FIRST, THEN MONEY, FIREARMS, PROPERTY WITH SERIAL NUMBERS, AND OTHER PROPERTY, IF RELATED TO PREVIOUSLY BKD. EVIDENCE, START WITH NEXT SEQUENTIAL ITEM NUMBER).
3. IS PROPERTY ELIGIBLE FOR IMMEDIATE DISPOSAL?   YES ☐ NO ✓   IF YES, LIST ITEM # S _____ . ENSURE AN "EXTRA COPY" IS FORWARDED TO THE PROPERTY DISPOSITION COORDINATOR (PDC) FOR INPUT INTO APIMS. IF PROPERTY IS ELIGIBLE FOR RELEASE, COMPLETE A PROPERTY DISPOSITION/UPDATE REQUEST, FORM 10.06.00, AND FORWARD IT TO THE PDC FOR INPUT INTO APIMS.

| ITEM NO. | QUANT. | ARTICLE | SERIAL NO./TYPE TEST OF DRUG | BRAND/DRUG WEIGHT, UNITS | MODEL NO./DRUG TEST RESULT | MISC.--COLOR, SIZE, INSCRIPTION, CALIBER, ETC. IF MULT. ARREST, INCL. NAME/BKG. # FROM WHOM TAKEN |
|---|---|---|---|---|---|---|
| | | | | | | The following items are DNA swabs taken from Items No 1 and 2. The DNA swabs were taken and booked as evidence at 77th Division by Officer Prodigalidad. Incident No. 150724004939. |
| 4 | 1 | DNA Swab | 430507919000 | | | DNA swab taken from item No. 2 (Magazine) |
| 5 | 1 | DNA Swab | 430500399000 | | | DNA swab taken from Item No. 1 from the rifle charging handle |
| 6 | 1 | DNA Swab | 430500255000 | | | DNA swab taken from Item No. 1 from the rifle's forward grip |
| 7 | 1 | DNA Swab | 430507965000 | | | DNA swab taken from Item No. 1 from the rifle grips |

| | SUPERVISOR/INVESTIGATING OFFICER TESTING | SERIAL NO. | WITNESSING OFFICER | SERIAL NO. |
|---|---|---|---|---|
| Preliminary Drug Test | | | | |

| | DATE | ISSUED BY JUDGE | COURT NO. |
|---|---|---|---|
| Search Warrant Info | | | |

| SUPERVISOR APPROVING | SERIAL NO. 35418 | 10.10.00 ISSUED? YES ☐ NO ✓ | REPORTING EMPLOYEE(S) Prodigalidad | SERIAL NO. 36339 | DIV. 77 | DETAIL NED | PERSON REPORTING (SIGNATURE) |
|---|---|---|---|---|---|---|---|
| DATE & TIME REPRODUCED | DIVISION | CLERK | | | | | X |

10.01.00 (03/12)

WALLACE_000150                                                                        WALLACE_000007

Los Angeles Police Department
**PROPERTY REPORT**

IF EVIDENCE CONT. COMPLETE SHADED AREAS ONLY. IF NOT EVID. CONT., COMPLETE ENTIRE FORM

Page 1 of 2

| | | | | | TOTAL U.S. CURR. BKD. | EVID | NON-EVID | IF RELATED TO PREV BKD EVID, USE THAT DR |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | | ☑ | | DR |
| | NARC | FIREARM | SEARCH | MONEY | | ONLY 1 CATEGORY PER REPORT | | 15-1315264 |

| DATE AND TIME OF THIS REPORT | | DATE PROPERTY BKD | IF RELATED TO PREVIOUSLY BOOKED EVIDENCE, ORIG. EVID. BKD. TO (IN THIS CASE COMPLETE ENTIRE REPORT) PRODIGALIDAD | DATE ORIG. EVID. TAKEN INTO CUSTODY |
|---|---|---|---|---|
| 07/30/2015 | 1330 | 07/31/2015 | | 07/24/2015 |

| RESIDENCE ADDRESS | ARRESTEE ☐ EVID. CONT. OF ARREST REPORT | DOB | CHARGE BKD. DR |
|---|---|---|---|
| | | | BKG. # |

| RESIDENCE ADDRESS (BUS. ADDRESS IF VICT. IS BUSINESS) | VICTIM ☐ EVID. CONT OF PIR (IF NO ARRSSTEE) | | X |
|---|---|---|---|
| | | R - | ☐ |
| | | B - | ☐ |

| RESIDENCE ADDRESS | ☐ OWNER OR IF UNKNOWN ☐ FINDER/POSSESSOR | R - | ☐ |
|---|---|---|---|
| | | B - | ☐ |

| AREA OR CITY & DATE CRIME OCCUR. Newton | TYPE OF PREMISES Vehicle | DEPT. EMPLOYEE IF BOOKED TO PRODIGALIDAD | SERIAL NO. 36339 | DIVISION 77th | IF FIREARM, CRT CHECKS: AFS |  | NCIC |
|---|---|---|---|---|---|---|---|
| | | | | | YES ☐  NO ☐ | YES ☐ | NO ☐ |

| IS THIS STOLEN PROPERTY? ☐ YES ☑ NO | PROBABLE CRIME 30600 (A) PC | ☑ FELONY ☐ MISD. | DATE & TIME PROP. FOUND TAKEN INTO POLICE CUSTODY - LOCATION - 07/30/2015    9:10    6180 South Saint Andrews Place | RD. OR CITY IF OUTSIDE 1233 |
|---|---|---|---|---|

| IS THIS FOUND PROPERTY? ☐ YES ☑ NO | DATE & TIME FOUND PROPERTY DISCOVERED | LOCATION DISCOVERED: | RD. OR CITY IF OUTSIDE |
|---|---|---|---|

| INVESTIGATIVE UNIT 77th | PROP. BKD AT FSC | NOTIFICATIONS - PERSONS & UNITS PRODIGALIDAD # 36339 | CONNECTING REPORTS - TYPE & DR Property- Same DR |
|---|---|---|---|

**Use of Evidence Continuation: Use only with Arrest Report or, if no Arrest Report, with PIR. Do not use if evidence is related to previously booked evidence. To book evidence, staple this page on top of Arrest Face Sheet (or PIR Face Sheet, if no arrest) and forward with evidence.**

1. CIRCUMSTANCES (WHERE FOUND, BY WHOM, HOW MARKED, ETC.) EXPLAIN IF 10.10.00 NOT ISSUED. GIVE RESULTS OF CRT CHECKS ON FIREARMS.
2. ITEMIZE PROPERTY (LIST NARCOTICS FIRST, THEN MONEY, FIREARMS, PROPERTY WITH SERIAL NUMBERS, AND OTHER PROPERTY, IF RELATED TO PREVIOUSLY BKD. EVIDENCE, START WITH NEXT SEQUENTIAL ITEM NUMBER).
3. IS PROPERTY ELIGIBLE FOR IMMEDIATE DISPOSAL?   YES ☐   NO ☑   IF YES, LIST ITEM #'S ____   ENSURE AN "EXTRA COPY" IS FORWARDED TO THE PROPERTY DISPOSITION COORDINATOR (PDC) FOR INPUT INTO APIMS. IF PROPERTY IS ELIGIBLE FOR RELEASE, COMPLETE A PROPERTY DISPOSITION/UPDATE REQUEST, FORM 10.06.00, AND FORWARD IT TO THE PDC FOR INPUT INTO APIMS.

| ITEM NO | QUANT. | ARTICLE | SERIAL NO./TYPE TEST OF DRUG | BRAND/DRUG WEIGHT, UNITS | MODEL NO /DRUG TEST RESULT | MISC.-COLOR, SIZE, INSCRIPTION. CALIBER, ETC. IF MULT. ARREST, INCL. NAME/BKG. # FROM WHOM TAKEN |
|---|---|---|---|---|---|---|

On 07/30/2015, the following items were recovered by Criminalists K. Rocco N4670 and K. Hawk N4638 from a gold 2006 Toyota Sienna (CA LIC 5TFN311) located at 6180 South Saint Andrews Place (Al's Towing), pursuant to a possession of an assault weapon investigation. SID Photographer J. Fukaye-Mochizuki G8839 was assigned D# 0390221 to photodocument the search and evidence collection.

**Property Booked:**

| 8 | 1 | Swab, used to recover possible biological material from front left exterior door handle. Photo ID# 1 |
|---|---|---|
| 9 | 1 | Swab, used to recover possible biological material from rear left exterior door handle. Photo ID# 2 |
| 10 | 1 | Swab, used to recover possible biological material from rear cargo exterior door handle. Photo ID# 3 |
| 11 | 1 | Swab, used to recover possible biological material from front right exterior door handle. Photo ID# 4 |
| 12 | 1 | Swab, used to recover possible biological material from rear right exterior door handle. Photo ID# 5 |
| 13 | 1 | Swab, used to recover possible biological material from front left interior door panel. Photo ID# 6 |
| 14 | 1 | Swab, used to recover possible biological material from rear left interior door panel. Photo ID# 7 |
| 15 | 1 | Swab, used to recover possible biological material from front right interior door panel. Photo ID# 8 |
| 16 | 1 | Swab, used to recover possible biological material from rear right interior door panel. Photo ID# 9 |

Incident # 150724004939

| Preliminary Drug Test | SUPERVISOR/INVESTIGATING OFFICER TESTING | SERIAL NO. | WITNESSING OFFICER | SERIAL NO. |
|---|---|---|---|---|
| Search Warrant Info | DATE 07/15/2015 | ISSUED BY JUDGE Shelly Kaufman | | COURT NO. 60 |

| SUPERVISOR APPROVING | SERIAL NO. C9877 | 10.10.00 ISSUED? YES ☐  NO ☑ | REPORTING EMPLOYEE(S) Rocco, Kristin | SERIAL NO. N4670 | DIV. SID | DETAIL FIU | PERSON REPORTING (SIGNATURE) |
|---|---|---|---|---|---|---|---|
| DATE & TIME REPRODUCED | DIVISION | CLERK | | | | | X Kristin Rocco N4670 |

10.01.00 (03/12)

WALLACE_000151

WALLACE_000008

Page 2 of 2

## PROPERTY REPORT

DR NO.   15-1315264

| ITEM NO | QUANT | ARTICLE | SERIAL NO./TYPE TEST OF DRUG | BRAND/DRUG WEIGHT UNITS | MODEL NO./DRUG TEST RESULT | MISC.-COLOR, SIZE, INSCRIPTION, CALIBER, ETC, IF MULT. ARREST INCL. NAME/BKG. # FROM WHOM TAKEN |
|---|---|---|---|---|---|---|
| 17 | 1 | Swab, used to recover possible biological material from steering wheel, column levers, and gear shift. Photo ID# 10 | | | | |
| 18 | 1 | Swab, used to recover possible biological material from mouth area of bottle, "Kroger Purified Drinking Water", in front left door pocket. Photo ID# 11 | | | | |
| 19 | 1 | Swab, used to recover possible biological material from mouth area of bottle, "Nestle Pure Life", in front left cup holder of center console area. Photo ID# 12 | | | | |
| 20 | 1 | Swab, used to recover possible biological material from mouth area of bottle, "Nestle Pure Life", in front right cup holder of center console area. Photo ID# 13 | | | | |
| 21 | 1 | Swab, used to recover possible biological material from pump area of lotion bottle, "Aveeno", in rear right cup holder of center console area. Photo ID# 14 | | | | |
| 22 | 1 | Swab, used to recover possible biological material from mouth area of bottle, "Ocean Spray Cran-Lemonade", in rear cargo area. Photo ID# 17 | | | | |
| 23 | 1 | Swab, used to recover possible biological material from mouth area of bottle, "Ocean Spray Cranberry", in rear cargo area. Photo ID# 18 | | | | |
| 24 | 1 | Swab, used to recover possible biological material from mouth area of bottle, "Knudsen Orange Juice", in rear cargo area. Photo ID# 19 | | | | |
| 25 | 1 | Swab, used to recover possible biological material from mouth area of bottle,  "Kroger Purified Drinking Water", in rear cargo area. Photo ID# 20 | | | | |
| 26 | 1 | Swab, used to recover possible biological material from mouth area of can, "7up", in rear cargo area. Photo ID# 21 | | | | |
| 27 | 1 | Swab, used to recover possible biological material from mouth area of bottle, "Nestle Pure Life", in rear cargo area. Photo ID# 22 | | | | |
| 28 | 1 | Lighter, disposable, blue, recovered from front right seat cushion. Photo ID# 15 | | | | |
| 29 | 1 | Paper, "RITZ rent-a-car" "Driver's license D6445021", recovered from middle right seat cushion. Photo ID# 16 | | | | |
| 30 | 1 | Tissue-like material, paper, white, recovered from front right door pocket. Photo ID# 23 | | | | |
| 31 | 2 | One cigarette butt, brown, "Newport", and one cigar-like butt, brown, recovered from a purple container inside lower center dash compartment. Photo ID# 24 | | | | |

For disposition of evidence, contact 77th Division Detectives.
Contact Investigating Officer for 10.10

EXHIBIT F

**Tel: (310) 641-3222**
**Fax: (310) 641-0417**
ritzrentacar@gmail.com
www.ritzcar.com

AM **RITZ**
RENT - A - CAR

RENTAL AGREEMENT

A 31635

Min Rental _____
Initial _____

| RENTER INFORMATION (424) 240✓ | REPLACEMENT | | | ORIGINAL | | |
|---|---|---|---|---|---|---|
| RENTER'S NAME  Paul GARY WALLACE  TELEPHONE 2591 | CAR NUMBER | COLOR | | CAR NUMBER  Gray | COLOR | |
| ADDRESS  90003 | YEAR | MAKE | MODEL | YEAR  TOYOTA | MAKE  Sienna | MODEL |
| CITY LA Angeles  STATE CA  ZIP CODE | LICENSE | SIZE | | LICENSE  5TFN 311 | SIZE | |
| DRIVER'S LICENSE  D6445021  STATE CA  EXPIRATION 01/14/16 | RENTING | CITY | OWNING | RENTING | CITY L.A.X | OWNING |
| DATE OF BIRTH  1966  AGE  SOCIAL SECURITY | DATE DUE BACK | TIME | | DATE DUE BACK  07-28-15 | TIME  1.00 PM | |
| BUSINESS NAME  TELEPHONE | DATE RETURNED | TIME | | DATE RETURNED | TIME | |
| ADDRESS | DATE EXCHANGED | TIME | | DATE RENTED  07-18-15 | TIME noon 12-40 | |
| CITY  STATE  ZIP CODE | MILEAGE IN | | | MILEAGE IN | | |
| ADDITIONAL DRIVER  TELEPHONE | MILEAGE OUT | | | MILEAGE OUT  141315 | | |
| ADDRESS  CITY  STATE  ZIP CODE | MILES DRIVEN | | | MILES DRIVEN | | |
| DATE OF BIRTH  DRIVER'S LICENSE  STATE  EXPIRATION | MILES ALLOWED | | | MILES ALLOWED | | |
| LOCAL CONTACT  TELEPHONE | CHARGEABLE MILES | | | CHARGEABLE MILES | | |

| Renter's insurance is Primary in the event of an accident  Renter's Initials ___  Renter's Insurance Co. ___  Renter's Policy Number ___ | VEHICLE CONDITION REMARKS | RATES ARE BASED ON THE NUMBER OF DAYS FOR WHICH VEHICLE WAS RENTED. EARLY RETURNS ARE NOT ACCEPTED UNLESS APPROVED BY COMPANY MGMT. RATES DO NOT INCLUDE GASOLINE. | | |
|---|---|---|---|---|

| | | FREE MILES PER DAY | | RATES C | CHARGES |
|---|---|---|---|---|---|
| DEPOSITS oc  DATE  FUEL GAUGE | | 150 | MILES | 29 | |
| $ 1000- P.G. W 7-18-15 | ORIG IN 1/8 1/4 1/2 3/4 FULL | | HOURS | 20 00 | |
| | ORIG OUT (X) 1/4 1/2 3/4 FULL | | DAYS | 60.00 | |
| | REPLACE IN 1/8 1/4 1/2 3/4 FULL | | WEEKS | 390. | |
| | REPLACED OUT 1/8 1/4 1/2 3/4 FULL | | MONTHS | | |

| | | DRIVER UNDER 25 PER DAY | | |
|---|---|---|---|---|
| LIMITED COLLISION DAMAGE WAIVER. BY ACCEPTING RENTER AGREES TO PAY THE SUM SPECIFIED PER DAY FOR THE TERM OF THIS CONTRACT. LESSOR AGREES TO WAIVE CLAIMS AGAINST RENTER FOR THE VEHICLE WHICH IS RENTED. BY DECLINING COLLISION DAMAGE TO VEHICLE IN THE AMOUNT OF | FULL RETAIL VALUE PLUS LOSS OF USE AT RETAIL RENTAL RATE | ADDITIONAL DRIVER PER DAY | | |
| | | DECLINES  ACCEPTS | PER DAY 18 00 | |
| LIABILITY INSURANCE. BY ACCEPTING LIABILITY COVERAGE I FULLY UNDERSTAND THAT THE COVERAGE IS THE BASIC LIMIT REQUIREMENT IN THE STATE OF CALIFORNIA | | DECLINES  ACCEPTS | PER DAY | |

**VEHICLE MUST BE RETURNED TO LOCATION WHERE RENTED**

I HAVE READ AND UNDERSTAND AND AGREE TO BE BOUND BY THIS RENTAL AGREEMENT. IF THIS IS TO BE CHARGED ON A CREDIT CARD MY SIGNATURE HERETO WILL BE CONSIDERED TO HAVE BEEN MADE OUT AND SIGN VOUCHER ON MY BEHALF.

| | | |
|---|---|---|
| GPS PER DAY | | |
| SUBTOTAL | | |
| SALES TAX | | |
| S | V.L.F PER DAY | 2 00 |
| S | SERVICE CHARGE | 2 00 |
| GAS CHARGE/GAL | | |
| S.F. DROP OFF ___ | | |
| L.V. DROP OFF ___ | | |
| INITIALS ___  Misc. Charges | | |
| TOTAL CHARGES | | |

SIGNED: Paul Gary Wallace

CUSTOMER IS RESPONSIBLE FOR ALL TIRE AND GLASS DAMAGE. ALL CHARGES SUBJECT TO FINAL AUDIT. ALL PARKING VIOLATIONS MUST BE PAID BY RENTER. OTHERWISE $20.00 HANDLING FEE PER TICKET WILL BE CHARGED TO CUSTOMERS, IN ADDITION TO TICKET FINES.      INT. P.G. W

758+TAX

**WARNING**
IF YOU DO ANY OF THE FOLLOWING, YOU WILL BREACH THIS AGREEMENT
1. Drive the vehicle "unsafely" can include negligent driving or violation of applicable traffic laws.
2. Fail to complete police report at the time of any damage.
3. Drive after drinking any alcohol or using any drugs, regardless of degree of intoxication.
4. Allow anyone not authorized by this contract to drive the vehicle.
5. Take the vehicle outside the state without our written permission.
6. If you do allow any of the above, you forfeit both your collision damage limitation and the limited CDW if you have purchase CDW.

WALLACE_000161

WALLACE_000018





WALLACE_000019

5332 4802 6775 2584

DO NOT WRITE                                    ABOVE THIS LINE

FORM SD-59092

02/18

PAUL G WALLACE

EXPIRATION
☐ DATE
CHECKED

071815

**PLEASE DO NOT WRITE ABOVE THIS LINE** ↑

| QTY. | CLASS | DESCRIPTION | PRICE | AMOUNT |
|------|-------|-------------|-------|--------|
|      |       |             |       |        |
|      |       |             |       |        |
|      |       |             |       |        |
|      |       |             |       |        |

| DATE | | AUTHORIZATION | | SUB TOTAL | |
|------|--|---------------|--|-----------|--|
| REFERENCE NO. | | | SERVER | TAX | |
| ID-FOLIO / CHECK NO. / LIC. NO. STATE | REG./DEPT | CLERK | TIP | | |
| | | | | MISC. | |
| 5421530 | | | | TOTAL | |

SALES SLIP ORIGINAL

SIGN HERE

X *Paul G Wallace*

The issuer of the card identified on this item is authorized to pay the amount shown as TOTAL upon proper presentation. I promise to pay such TOTAL (together with any other charges due thereon) subject to and in accordance with the agreement governing the use of such card.

---

Customer Service (USA): 1-888-741-1115     ICA 10298     05775DTDM01

Authorized Signature                            Not Valid Unless Signed

691

By using this card the holder agrees to all terms under which it will be used.
Do not disclose your PIN to anyone.
This card is issued by Comerica Bank pursuant to license by MasterCard International.
FDIC coverage provided under terms governing your card.
Customer Service (International Calls) 1-765-778-6290
Direct Express is a service mark of the U.S. Department of the Treasury, FMS.

Form MK9771153/14

MasterCard

If lost and found, please destroy

To check your account balance visit
**www.USDirectExpress.com**

# EXHIBIT G

**OFFICE OF THE CHIEF OF POLICE**

**SPECIAL ORDER NO. 7**                                         **April 10, 2012**

**APPROVED BY THE BOARD OF POLICE COMMISSIONERS ON FEBRUARY 28, 2012**

**SUBJECT:**     **COMMUNITY CARETAKING DOCTRINE AND VEHICLE IMPOUND
                 PROCEDURES - ESTABLISHED**

**EFFECTIVE:**   **APRIL 22, 2012**

**PURPOSE:**     The California State Legislature continues to
                 recognize that driving a motor vehicle is a privilege
and not a right, as delineated in Section 14607.4 of the
California Vehicle Code (VC).  This Order establishes the
procedures for impounding vehicles from unlicensed drivers, and
drivers with suspended or revoked licenses encountered in the
field, at the scene of traffic collisions and at driving under
the influence (DUI) checkpoints.  In addition, this Order
provides guidance regarding the enforcement of VC Sections
22651(p) "Unlicensed Driver," and 14602.6(a)(1) "30-Day Holds,"
and guidance on how to apply the "Community Caretaking
Doctrine."  However, this Order is not intended to preclude
officers from impounding vehicles for non-license violations by
using appropriate statutory authority. This Order establishes
Section 4/222.05, *Community Caretaking Doctrine and Vehicle
Impound Procedures*, to the Department Manual.

**PROCEDURE:**   Various sections of the California Vehicle Code
                 authorize the impoundment of a motor vehicle driven
by an unlicensed driver or a driver with a suspended or revoked
driver's license.  However, State and federal court decisions
have held that the statutory authority to impound, alone, does
not determine the constitutional reasonableness of the seizure
under the Fourth Amendment of the United States Constitution.
In evaluating the reasonableness of warrantless vehicle
impounds, courts have focused on whether the impoundment was in
accordance with the Community Caretaking Doctrine.
Consequently, this Order clarifies the application of the
Community Caretaking Doctrine and establishes the Department's
impound procedures.

   I.   **COMMUNITY CARETAKING DOCTRINE OVERVIEW.**  Officers shall
        be guided by the Community Caretaking Doctrine and the
        procedures set forth in this Order when deciding whether
        to impound a vehicle driven by an unlicensed driver, or a
        driver with a suspended or revoked license.  The courts
        have ruled that this doctrine allows officers to impound
        a vehicle when doing so serves a community caretaking
        function.  An impoundment based on the Community
        Caretaking Doctrine is likely warranted:

SPECIAL ORDER NO. 7                -2-                  April 10, 2012

* When the vehicle is impeding traffic or jeopardizing
  public safety and convenience, such as when a vehicle
  is disabled following a traffic collision;
* When the vehicle is blocking a driveway or crosswalk
  or otherwise preventing the efficient movement of
  traffic (e.g., vehicle, pedestrian, bicycle);
* When the location of the stopped vehicle may create a
  public safety hazard (e.g., vehicle, pedestrian,
  bicyclist);
* When the location of the vehicle, if left at the
  location, may make it a target for vandalism or theft;
  or,
* To prevent the immediate and continued unlawful
  operation of the vehicle (e.g., licensed driver not
  immediately available).

The totality of circumstances, including the factors
listed above, should be considered when deciding whether
impoundment is reasonable under the Community Caretaking
Doctrine and the Fourth Amendment.  The decision to
impound any vehicle must be reasonable and in furtherance
of public safety.

II. **UNLICENSED DRIVER AND DRIVER WITH A SUSPENDED/REVOKED
LICENSE IMPOUND AUTHORITIES.**

A. **Unlicensed Driver — No Priors.**  Section 22651(p) VC
shall be used as the impound authority for all
vehicles being impounded when it has been determined
that the driver was involved in the following and the
officer issues a Traffic Notice to Appear citation,
Form 04.50.00:

* Driving without a valid California Driver's License
  (unless the driver is a nonresident with a valid
  license or otherwise exempt under the Vehicle
  Code); or,
* Driving with an expired, withheld, or out-of-class
  California Driver's License.

Officers shall release the vehicle in lieu of impound
provided **all** of the following conditions are met:

* The registered owner or his/her designee has a
  valid California Driver's License or is a
  nonresident with a valid license or otherwise
  exempt under the Vehicle Code;
* The registered owner and licensed driver are
  immediately available;

* The registered owner authorizes the licensed driver to drive the vehicle; and,
* The vehicle's registration is not expired over six (6) months.

    **Note:** If the traffic stop is conducted in the registered owner's residential driveway or a legal parking space in the immediate vicinity of the owner's residence, impounding the vehicle **would not** be appropriate. However, if the traffic stop is conducted in the driver's residential driveway or in the immediate vicinity of the driver's residence but the driver is not the registered owner, officers must consider the totality of the circumstances to determine if impoundment is reasonable.

The name and driver's license number of the licensed driver that the vehicle is being released to shall be documented in the narrative portion of the Traffic Notice to Appear that is issued to the unlicensed driver. If it is determined that the registered owner knowingly allowed an unlicensed driver to operate the vehicle, he or she may be cited for Section 14604(a) VC, "Non-Owner Driver of Vehicle."

When the vehicle cannot be released to a licensed driver, the vehicle shall be impounded pursuant to Section 22651(p) VC or, if the vehicle's registration is expired over six (6) months, pursuant to Section 22651(o) VC, to prevent the immediate and continued unlawful operation as warranted under the Community Caretaking Doctrine. The Official Police Garage (OPG) tow should be requested when it is determined that the vehicle cannot be released.

    **Note:** If it is determined that the vehicle will be impounded, use impound authority Section 14602.6(a)(1) VC (30-Day Hold) if **all** of the following conditions are met:

    * The driver has never been issued a driver's license by any jurisdiction (foreign or domestic); **and**,
    * The driver is unable to show proof of insurance **or** at-fault in the traffic collision **or** lacks proof of identification.

The reason to impound the vehicle shall not be based on whether the vehicle is properly insured.

B. **Unlicensed Driver - With Prior(s).**
Section 14602.6(a)(1) VC (30-Day Hold) shall be used as the impound authority when it has been determined that the driver has never been issued a driver's license by any jurisdiction (foreign or domestic) **and** has a prior misdemeanor conviction, failure to appear, or warrant for Section 12500(a) VC.

> **Note:** Section 22651(p) VC shall always be used as the impound authority if it has been determined that the driver has an expired, withheld or out of class driver's license and has a prior misdemeanor conviction, failure to appear, or warrant for 12500(a), 14601, 14601.1, 14601.2, 14601.3, 14601.4, or 14601.5 VC.

If the driver is the registered owner and has a prior **misdemeanor conviction**: Officers shall document in the "Remarks" or "Narrative" section of the impound Vehicle Report, CHP 180 form, that the vehicle is eligible for vehicle forfeiture as delineated in Section 14607.6 VC, except if the driver's license expired within the preceding 30 days, then no such notation shall be made.

C. **Driver with Suspended/Revoked License — No Priors.**
Section 14602.6(a)(1) VC (30-Day Hold) shall be used as the impound authority for all vehicles being impounded when it has been determined that the driver was involved in any of the following:

* Driving with a suspended or revoked license; or,
* Driving with a restricted license pursuant to Sections 13352 or 23575 VC, and the vehicle is not equipped with a functioning, certified interlock device.

Officers shall release the vehicle in lieu of impound provided **all** of the following conditions are met:

* The registered owner or his/her designee has a valid California Driver's License or is a nonresident with a valid license or is otherwise exempt under the Vehicle Code;
* The registered owner and licensed driver are immediately available;
* The registered owner authorizes the licensed driver to drive the vehicle; and,
* The vehicle's registration is not expired over six (6) months.

> **Note:** If the traffic stop is conducted in the registered owner's residential driveway or a legal parking space in the immediate vicinity of the owner's residence, impounding the vehicle **would not** be appropriate. However, if the traffic stop is conducted in the driver's residential driveway or in the immediate vicinity of the driver's residence but the driver is not the registered owner, officers must consider the totality of the circumstances to determine if impoundment is reasonable.

Officers impounding a vehicle under Section 14602.6(a)(1) VC shall either effect a custodial arrest of the driver or issue a Traffic Notice to Appear citation in the field. Vehicles impounded under this Section shall be impounded for 30 days, unless earlier release is authorized by the Area Auto detectives in accordance with Section 14602.6 VC.

The name and driver's license number of the licensed driver that the vehicle is being released to shall be documented in the narrative portion of the Traffic Notice to Appear that is issued to the unlicensed driver. If it is determined that the registered owner knowingly allowed an unlicensed driver to operate the vehicle, he or she may be cited for Section 14604(a) VC, "Non-Owner Driver of Vehicle."

D. **Driver with Suspended/Revoked License – With Prior(s).** Section 14602.6(a)(1) VC (30-Day Hold) shall be used as the impound authority for all vehicles being impounded when it has been determined that the suspended/revoked/restricted violator has a prior misdemeanor conviction, failure to appear, or warrant for Sections 12500(a), 14601, 14601.1, 14601.2, 14601.3, 14601.4, or 14601.5 VC.

> **Note:** If the driver is the registered owner and has a prior **misdemeanor conviction:** Officers shall document in the "Remarks" or "Narrative" section of the impound Vehicle Report, that the vehicle is eligible for vehicle forfeiture as delineated in Section 14607.6 VC.

III.   **MISCELLANEOUS IMPOUNDS.**

    A.  **Impounding Vehicles Driven by Habitual Driving Under the Influence Offenders.**  Section 14602.8(a)(1) VC authorizes an officer to impound a vehicle from a driver when it is determined that a person has been convicted of Section 23140 VC, Juvenile Driving Under the Influence of Alcohol; 23152 VC, Driving Under the Influence of Drugs or Alcohol; or 23153 VC, Causing Bodily Injury While Driving Under the Influence of Drugs or Alcohol, within the past 10 years **and** one or more of the following circumstances applies.

    The officer shall immediately cause the removal and seizure of the vehicle that such a person was driving, under either of the following circumstances:

    *  The person was driving a vehicle with a blood alcohol content of 0.10 percent or more; or,
    *  The person driving the vehicle refused to submit to or complete a chemical test.

    A vehicle impounded pursuant to the aforementioned section shall be impounded for one of the following time periods:

    *  5 Days – If the person has been convicted once for violating Sections 23140, 23152 or 23153 VC, and the violation occurred within the preceding 10 years; or,
    *  15 Days – If the person has been convicted two or more times for violating Sections 23140, 23152 or 23153 VC or any combination thereof, and the violations occurred within the preceding 10 years.

    The vehicle shall be released to the registered owner or his or her designee prior to the end of the impoundment period only under conditions set forth in Section 14602.8(d) VC.

    B.  **Citing or Arresting Unlicensed Drivers at Traffic Collision Scenes and Related Vehicle Impounds.**  For an unlicensed driver or driver with a suspended/revoked license at traffic collision scenes, the appropriate impound authority or release-at-scene protocol shall be utilized in accordance with Section II in this Order.

A driver involved in a traffic collision may be cited or placed under custodial arrest when the officer determines that the involved vehicle was operated by an unlicensed driver or a driver whose driving privilege was suspended or revoked.

The officer's determination shall be based upon witnesses' statements, a driver's admission and/or physical evidence.  The related impound Vehicle Report shall contain the following:

* A full narrative listing all of the information/ elements to establish the driver's offense; and,
* Names, addresses, telephone numbers and statements of witnesses that can establish the driver operating the vehicle.

If the traffic collision results in injuries, officers shall complete the Traffic Collision Report, CHP 555 form.  However, if the traffic collision does not result in injuries and one of the parties is unlicensed, a Traffic Collision Report **shall not** be completed.  The officer shall ensure an exchange of information is completed between the involved parties. Officers shall issue a Traffic Notice to Appear citation to the unlicensed driver and document the name, address and telephone number of the witnessing party or parties on the back of the "Golden Rod" copy of the issuing officer's Traffic Notice to Appear citation.

If the violator challenges the citation during a subsequent court proceeding, the issuing officer shall be responsible for contacting the witnessing parties and requesting their attendance in court.

When the unlicensed driver does not possess valid identification, officers shall advise the other involved party of the option to effect a private person's arrest.  When a private person's arrest is made, officers shall indicate a charge of Section 12500(a) VC or 14601(a) VC, or other appropriate VC section(s) for driving when the privilege is suspended or revoked.

SPECIAL ORDER NO. 7                    -8-                    April 10, 2012

C. **Impounding Vehicles at Driving Under the Influence Checkpoints.**  The following procedures apply if the driver's only offense is a violation of Section 12500 VC, even if the driver has a prior misdemeanor conviction, failure to appear, or warrant for 12500 VC.  Officers shall make a reasonable attempt to identify the registered owner of the vehicle driven by an unlicensed driver. When the registered owner is present or able to respond to the scene prior to the conclusion of the DUI checkpoint operation, or the officer is able, without delay, to identify the registered owner and obtain his/her authorization to release the vehicle to a licensed driver at the scene, the vehicle shall be released to either the registered owner or the authorized licensed driver provided the following conditions are met:

* The registered owner or his/her designee has a valid California Driver's License or is a nonresident with a valid license or is otherwise exempt under the Vehicle Code; and,
* The registered owner authorizes the licensed driver to drive the vehicle.

The name and driver's license number of the licensed driver the vehicle is being released to shall be documented in the narrative portion of the Traffic Notice to Appear citation issued to the violator.

When the vehicle cannot be released to the registered owner or his or her designee, officers shall impound the vehicle under the authority of Section 22651(p) VC.

When the violator has a suspended or revoked driver's license, officers shall impound or release the vehicle as outlined in Section II "Unlicensed and Suspended/Revoked Driver Impound Authorities" of this Order.

D. **Impounding Vehicles When the Driver is Arrested.** Section 22651(h)(1) VC authorizes an officer to impound a vehicle from a driver who has been arrested and taken into physical custody.  However, as noted in Section I of this Order, officers must also determine if the totality of the circumstances supports impoundment of the vehicle under the Community Caretaking Doctrine.

When a driver is arrested, the vehicle **should not** be impounded under the following circumstances:

* If the arrestee is the registered owner and the vehicle is parked in the arrestee's residential driveway or a legal parking space in the immediate vicinity of the arrestee's residence;
* If the vehicle is parked in a legal parking space where it is not posing a traffic hazard and is not likely to be a target of vandalism or theft; or,
* If a licensed passenger is present and not impaired or otherwise unable to lawfully operate the vehicle and is given permission by the registered owner.

    **Note:**  In situations other than those above, when community caretaking warrants impoundment, Section 22651(h)(1) VC shall be used as the impound authority.  If the driver arrested has prior DUI convictions, officers shall be guided by Section 14602.8(a)(1) VC.

Attached is the Vehicle Impound Chart, Form 15.23.06.

**FORM AVAILABILITY:**  The Vehicle Impound Chart is available in LAPD E-Forms on the Department's Local Area Network (LAN). A copy of the form is attached for immediate use and duplication.

**AMENDMENT:**  This Order adds Section 4/222.05 to the Department Manual.

**AUDIT RESPONSIBILITY:**  The Commanding Officer, Internal Audits and Inspections Division, shall review this directive and determine whether an audit or inspection shall be conducted in accordance with Department Manual Section 0/080.30.

CHARLIE BECK
Chief of Police

Attachment

DISTRIBUTION "D"

**Los Angeles Police Department Vehicle Impound Chart**

## Community Caretaking Doctrine

Officers shall be guided by the Community Caretaking Doctrine and the Department's vehicle impound procedures. The decision to impound any vehicle should be based on the totality of circumstances and must be reasonable and in furtherance of public safety. The following are a few examples of when a vehicle may be impounded based on the Community Caretaking Doctrine:

- When the vehicle is impeding traffic or jeopardizing public safety and convenience;
- When the vehicle is blocking a driveway or crosswalk or otherwise preventing the efficient movement of traffic (vehicle, pedestrian, bicycle);
- When the location of the stopped vehicle may create a public safety hazard (e.g., vehicle, pedestrian, bicycle);
- When the location of the vehicle, if left at the location, may make it a target for vandalism or theft; or,
- To prevent the immediate and continued unlawful operation of the vehicle.

| Unlicensed Driver No prior(s) | Release vehicle. Officers shall release the vehicle in lieu of impound if: |
|---|---|
| * Driving without a valid California Driver's License (CDL), unless the driver is a non-resident with a valid license or otherwise exempt under the California Vehicle Code (VC). (Issue citation or effect a custodial arrest)<br><br>* Driving with an expired CDL. (Issue citation)<br>* Driving with an "withheld" CDL. (Issue citation)<br>* Driving with an out-of-class CDL. (Issue citation) | 1. The R/O or his/her designee has a valid driver's license, is **IMMEDIATELY AVAILABLE, AND** the vehicle registration is not expired over 6 months, **OR,**<br><br>**Note:** Write the name and driver's license number of the person the vehicle is being released to on the narrative portion of the traffic citation.<br><br>2. The vehicle is stopped in the R/O's residential driveway or legal parking space in the immediate vicinity of R/O's residence. (If the driver is not the R/O, officer must consider totality of circumstances to determine if impoundment is reasonable.)<br><br>**Impound Vehicle:**<br>· If the vehicle cannot be released based on the above, impound as follows:<br>  ➢ Never been issued driver's license (foreign or domestic) **AND** any of the following: No insurance **OR** at fault in a traffic collision **OR** lacks proof of identification = 14602.6(a)(1) VC (30-day hold).<br>  ➢ Never been issued driver's license (foreign or domestic) **AND** has insurance **AND** satisfactory identification **AND** not at fault in a traffic collision = 22651(p) VC.<br>  ➢ Driving with an expired, withheld, or out-of-class CDL = 22651(p) VC. |
| **Unlicensed Driver With prior(s)**<br><br>Driver has **never** been issued a driver's license (foreign or domestic) **AND** has prior misdemeanor conviction, failure to appear, or warrant for 12500(a) VC. (Issue citation or effect a custodial arrest) | **Impound Vehicle:**<br>· Use Section 14602.6 (a)(1) VC, 30-Day Hold as the impound authority.<br>· If prior misdemeanor **conviction**, document vehicle subject to forfeiture, per Section 14607.6 VC, in impound report. |
| Driver has **expired, withheld, or out-of-class** CDL **AND** has a prior misdemeanor conviction, failure to appear, or warrant for 12500(a), 14601, 14601.1, 14601.2, 14601.3, 14601.4 or 14601.5 VC. (Issue a citation) | **Impound Vehicle:**<br>· Use Section 22651(p) VC as the impound authority.<br>· If prior misdemeanor **conviction**, document vehicle subject to forfeiture, per Section 14607.6 VC, in the impound report. |
| **Suspended/Revoked Driver's License No prior(s)**<br><br>* Driving with a suspended or revoked CDL.<br>* Driving with a restricted CDL pursuant to Section 13352 or 23575 VC and the vehicle is not equipped with a functioning certified interlock device.<br><br>(Issue a citation or effect a custodial arrest) | Release vehicle. Officers shall release the vehicle in lieu of impound if:<br><br>1. The R/O or his/her designee has a valid driver's license, is **IMMEDIATELY AVAILABLE, AND** the vehicle registration is not expired over 6 months, **OR,**<br><br>**Note:** Write the name and driver's license number of the person the vehicle is being released to on the narrative portion of the traffic citation.<br><br>2. The vehicle is stopped in the R/O's residential driveway or legal parking space in the immediate vicinity of R/O's residence. (If the driver is not the R/O, officer must consider totality of circumstances to determine if impoundment is reasonable)<br><br>**Impound Vehicle:**<br>· If the vehicle cannot be released based on the above, impound as follows:<br><br>  ➢ Use Section 14602.6(a)(1) VC, 30-Day Hold, as the impound authority. |
| **Suspended/Revoked Driver's License With prior(s)**<br><br>* Driving with a suspended or revoked CDL.<br>* Driving with a restricted CDL pursuant to Section 13352 or 23575 VC and the vehicle is not equipped with a functioning certified interlock device.<br><br>**AND** has prior misdemeanor conviction, failure to appear, or warrant for 12500(a), 14601, 14601.1, 14601.2, 14601.3, 14601.4, or 14601.5 VC. (Issue a citation or effect a custodial arrest) | **Impound Vehicle:**<br><br>· Use Section 14602.6(a)(1) VC, 30-Day Hold as the impound authority.<br><br>· If the driver is the R/O and has a prior misdemeanor **conviction**, document vehicle subject to forfeiture, per Section 14607.6 VC, in impound report. |

## Los Angeles Police Department Vehicle Impound Chart

| | |
|---|---|
| **Unlicensed Driver or Suspended/Revoked Driver at T/C Scenes**<br><br>Unlicensed driver or driver with a suspended/revoked driver's license at scene of T/C **with injuries & without injuries.** | **Release Vehicle:**<br><br>Release the vehicle according to the appropriate Unlicensed Driver or Suspended/Revoked Driver's License sections.<br><br>**Impound Vehicle:**<br><br>• If the vehicle cannot be released, impound the vehicle according to the appropriate Unlicensed Driver or Suspended/Revoked License section listed above.<br><br>• Document the following in the impound narrative:<br><br>   ➢  Information/elements to establish the driver's offense; and name, address, telephone number & statements of witnesses that can establish the driver operating the vehicle. |
| **When the Driver is Arrested**<br><br>Driver who is arrested for offenses other than driver's license offenses and taken into physical custody. | **Release vehicle:**<br><br>• If the arrestee is the registered owner and the vehicle is parked in the arrestee's residential driveway or legal parking space in the immediate vicinity of the arrestee's residence; **OR**<br>• If the vehicle is parked in a legal parking space where it is not posing a traffic hazard and is not likely to be a target of vandalism or theft; **OR**<br>• If a licensed passenger is present and not impaired or otherwise unable to lawfully operate the vehicle and is given permission by the registered owner.<br><br>**Impound Vehicle:**<br><br>• Determine if the totality of the circumstances supports impounding the vehicle under the Community Caretaking Doctrine.<br>• Use Section 22651(h)(1) VC as the impound authority. |
| **Habitual DUI Offenders**<br><br>Driver was convicted of Section 23140, 23152 or 23153 VC within the past 10 years **AND** one of the following:<br><br>* The person was driving a vehicle with a blood alcohol level of 0.10 percent or more; or,<br>* The person driving the vehicle refused to submit to, or complete a chemical test. | **Impound Vehicle:**<br><br>• Use Section 14602.8(a)(1) VC as the impound authority and hold the vehicle for one of the following time periods:<br><br>  ➢ 5 days - If the person has been convicted once for violating Section 23140, 23152, or 23153 VC, within the preceding 10 years; or,<br>  ➢ 15 days - If the person has been convicted two or more times of violating Sections 23140, 23152, or 23153 VC, or any combination thereof, within the preceding 10 years. |
| **DUI Checkpoints**<br><br>Unlicensed drivers (with or without priors) at a DUI checkpoint<br>(Section 12500 VC is driver's **only Offense**). | **Release vehicle:**<br><br>• If R/O or R/O's designee is present or able to respond prior to conclusion of the checkpoint, or the officer is able, without delay, to identify the registered owner to obtain his/her authorization to release the vehicle, release vehicle to the R/O or his/her designee if **ALL** of the following conditions are met:<br><br>1. R/O or R/O's designee has a valid driver's license; and,<br>2. R/O authorizes licensed driver to drive vehicle.<br><br>   **Note:** If a traffic citation is issued, write the name and driver's license number of the licensed driver that the vehicle is being released to on the narrative portion of the traffic citation.<br><br>**Impound Vehicle:**<br><br>• If the vehicle cannot be released, use Section 22651(p) VC as the impound authority. |
| Driver with suspended/revoked driver's license at a DUI checkpoint. | **Officers shall release or impound the vehicle according to the appropriate Suspended/Revoked Driver's License section listed in the chart.** |

15.23.06 (04/12)