This transcript was exported on Oct 07, 2021 - view latest version here.

Excerpt: Partial transcript of Series 2 Part 5

Speaker 1: So, when you come across those family Swans that practice your religion, did you guys bond?

Lil Doc: It was like when I ran across Evil, we was in the pen together. I was more like, oh shit, this Evil. I heard about them. They was killing like a motherfucker like me. And I'm like, damn, they putting in work, got murders under their belt, like a motherfucker. I got murders on the mine. They worship the devil, and I was like, damn, that's Evil from Swan. I want to meet him. I want meet him. He was like, what's up Lil Doc? And we both shook hands, meet, kicked it, and started lifting weights together and shit.

So Evil was like, Doc, let's take a picture. You hold a red rag. I hold a blue one. And then I'm going to hold a blue one on the next picture, and you hold a red. You know? So I was like, yeah, let's do it. I don't give a fuck. So, we come out on the yard and we squat down. So, he got the red rag like this and I got it. So we take a picture. Boom. Then, we got the blue rag on the next picture. So the whole yard was looking at us like what the fuck? Because you know, Crips and Bloods, like what the fuck is Doc doing? Even touching the red rags.

What? They taking a picture with the Blood and holding the red rag. See, when you don't give a fuck, you'll do shit like that. And we didn't give a fuck.

Speaker 1: Did you speak about the devil worshiping together?

Lil Doc: Oh, yeah. We talked about it, man. He would start talking about that. I said, y'all was over there worshiping the devil too, doing y'all shit too. I was like, I had the Bible and everything. I did it all. I went all out, I was doing it too. I was killing cats and shit, everything, bringing them in here, worshiping over them, doing my shit and making the rituals. So, you know, Evil was like, yeah, we just worship the devil. He was just like, shit, we're doing same. We were saying, fuck that shit. We don't want to hear no religion, we with the devil.

Speaker 1: [inaudible] boogeyman [inaudible].

Lil Doc: Yeah. So, we lifting weights talking like this and shit. We buffing, talking like this. Yeah.

Speaker 1: What pen was this?

Lil Doc: Huh?

Speaker 1: What pen was this?

Lil Doc: This was at Vacaville.

Speaker 1: What years was this?

This transcript was exported on Oct 07, 2021 - view latest version here.

Lil Doc: This was about '88 or '89. I think like that. But I turned around and my girlfriend's name Irma back in the days, and me and Irma, we was in love. We really loved each other and shit. I remember I was her first love, and she was like my first love. Was we was in love and we was together like five years, best friends, everything, you know? So then, what happened was I was in the county jail worshiping the devil, doing all that, and Irma knew about it on the streets. So she was like, I'm going to tell your mama. And she was like, you better stop all this. I'm going to tell your mama.

Speaker 1: Your mama had no idea?

Lil Doc: Nah. And Ma's Christian to the heart, and raised me like that as a Christian. So Irma was like, that's it, I'm tired of this. You doing too much Bill. So, she went and told my mother and then I called from county jail talking to my mother. And my mother was like, boy they telling me and talking about you worshiping the devil. And I was like, nah, who said that? She was like, no, no, no, no. Don't play with that stuff [inaudible]. Don't be doing that. And she was like, yeah, Irma told me you in there worshiping the devil. I said, nah, nah, nah, I'm not. I said, I ain't doing nothing like that Mama. So, my mother was real kind of hurting and talking to me about that.

And I said, nah. I said, trust me, mom, for real. You raised me, I know Jesus. And she was like, I know you probably bitter and hurt thinking God don't love you, but don't be doing that. Don't be trying to worship no devil. Because see, God loves you. God got plans for you. So I was like, oh, I know Mama. I ain't worshiping no devil Mom. So, I came back and got off the phone with her. I just took all that shit off my wall, my floor.

Speaker 1: That was the phone call that made you stop?

Lil Doc: Yeah. I got rid of the book and everything, and I told her Ma, good looking out. You're right. God loved me. I ain't going to go against God, because I was going against him like I'm mad at him, fuck it. Send me to hell, I don't give a fuck. I'm in hell, already shot the fuck up, pain. I don't give a fuck. So I was like, fuck it. Shit, I'm killing. I'm going to hell. He said, you should die, you should not have killed, I already killed. I don't give a fuck. Now I killed, I didn't kill few motherfucker. So, know I'm going to hell.

So I was like, ain't no sense of trying to save yourself. I already fucked up. So, I didn't know the Bible that good like that. I took it like, oh, I did kill people, I'm going to hell.

Speaker 1: Bible is full of killers.

Lil Doc: That's what, Moms was showing me. So, she was showing me and then she showed me this. She say, I want you to read about Paul in the Bible. So I read about Paul and when I finished, I would call her from jail and say, Hey Mama, I read about Paul. I said, he was killing Christians mom. And she was like, you see that.