DUPLICATE ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT

4/18/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CB_____ DEPUTY

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

9
10
11
12

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>PAUL GARY WALLACE,<br>Defendant. | Case No.: 2:20-CR-00293-AB<br><br>**VERDICT FORM** |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## COUNT ONE
### Racketeering Conspiracy

1. We, the Jury in the above-captioned case, unanimously find defendant PAUL GARY WALLACE:

    ___✓___ GUILTY

    _____ NOT GUILTY

    of Conspiracy to Participate in a Racketeering Enterprise, as charged in Count One.

*(If the response to Question 1 is Guilty, you must also answer Questions 2 and 3. If the response to Question 1 is Not Guilty, proceed directly to Question 4.)*

2. RACKETEERING ACTIVITY

    We, the Jury, having found defendant guilty of Count One of the indictment, further unanimously find beyond a reasonable doubt that defendant PAUL GARY WALLACE agreed that he or a co-conspirator would engage in a pattern of racketeering activity consisting of at least the following crimes *(check all that apply, if any)*:

    a. ___✓___ ACTS INVOLVING MURDER
    b. ___✓___ EXTORTION
    c. ___✓___ DRUG TRAFFICKING
    d. ___✓___ TAMPERING WITH A WITNESS, VICTIM, OR INFORMANT

3. SPECIAL ALLEGATIONS REGARDING RAYMOND PICKETT HOMICIDE AND REGINALD BROWN HOMICIDE

    We, the Jury, having found defendant guilty of Count One of the indictment, further unanimously find *(check all that apply, if any)*:

    a. _____ Defendant PAUL GARY WALLACE willfully, deliberately, with premeditation and malice aforethought, murdered Raymond Pickett.

    b. ___✓___ Defendant PAUL GARY WALLACE willfully, deliberately, with premeditation and malice aforethought, murdered Reginald Brown.

- 1 -

## COUNT TWO
### Possess, Use, Carry, Brandish and Discharge of a Firearm During a Crime of Violence

4. We, the Jury in the above-captioned case, unanimously find defendant PAUL GARY WALLACE:

        __✓__ GUILTY

        _____ NOT GUILTY

of using and carrying a firearm during and in relation to a crime of violence, first degree murder of Reginald Brown in aid of racketeering.

*(If the response to Question 4 is Not Guilty, please sign and date this form and advise the bailiff that you are ready to return to the courtroom. If the response to Question 4 is Guilty, you must also answer Question 5.)*

5. We, the Jury in the above-captioned case unanimously find beyond a reasonable doubt that the following facts about the firearm in Count Two (i) fell within the scope of the defendant's unlawful agreement with others and (ii) could reasonably have been foreseen by defendant to be a necessary or natural consequence of that agreement *(check all that all apply, if any)*:

    a. __✓__ A co-conspirator brandished the firearm in Count Two.

    b. __✓__ A co-conspirator discharged the firearm in Count Two.

*(After you have reached unanimous agreement on a verdict, the foreperson should sign and date this form and advise the bailiff that you are ready to return to the courtroom.)*

Dated: 4/18/2022      Signature of Foreperson ██████████

- 2 -