E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JEFFREY M. CHEMERINSKY (Cal. Bar. No. 270756)
Violent and Organized Crime Section
Assistant United States Attorney
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6520
     Facsimile: (213) 894-0141
     E-mail:   Jeffrey.chemerinsky@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-293-AB |
| --- | --- |
| Plaintiff, | NO. CV 23-3703-AB |
| v. | [PROPOSED] ORDER |
| PAUL GARY WALLACE, | |
| Defendant. | |

The Court, having reviewed the government's Motion to Dismiss, hereby GRANTS the Motion without prejudice. Defendant PAUL GARY WALLACE's Motion to Vacate, Set Aside, or Correct Sentence (CR 374) is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

August 11, 2023
DATE

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
JEFFREY M. CHEMERINSKY
Assistant United States Attorney